UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST FUND and FIRE AND POLICE RETIREE HEALTH CARE FUND, SAN ANTONIO, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>JOSEPH H. BRYANT, JAMES W. FARNSWORTH, JOHN P. WILKIRSON, PETER R. CONEWAY, HENRY CORNELL, JACK E. GOLDEN, N. JOHN LANCASTER, JON A. MARSHALL, KENNETH W. MOORE, J. HARDY MURCHISON, MICHAEL G. FRANCE, KENNETH A. PONTARELLI, SCOTT L. LEBOVITZ, MYLES W. SCOGGINS, D. JEFF VAN STEENBERGEN, MARTIN H. YOUNG, JR., KATHRYN BAIILEY HUTCHISON, WILLIAM P. UTT, COBALT INTERNATIONAL ENERGY INC., GOLDMAN SACHS GROUP, INC., RIVERSTONE HOLDINGS LLC, THE CARLYLE GROUP, FIRST RESERVE CORPORATION, KERN PARTNERS LTD., GS CAPITAL PARTNERS V FUND, L.P., GS CAPITAL PARTNERS V OFFSHORE FUND, L.P., GS CAPITAL PARTNERS V INSTITUTIONAL, L.P., GS CAPITAL PARTNERS V GMBH & CO. KG, GS CAPITAL PARTNERS VI FUND, L.P., GS CAPITAL PARTNERS VI OFFSHORE FUND, L.P., GS CAPITAL PARTNERS VI PARALLEL, L.P., GS CAPITAL PARTNERS VI GMBH & CO. KG, CARLYLE/RIVERSTONE GLOBAL ENERGY AND POWER FUND III, L.P., C/R ENERGY III COBALT PARTNERSHIP, L.P., RIVERSTONE ENERGY COINVESTMENT III, L.P., CARLYLE ENERGY COINVESTMENT III, L.P., C/R COBALT INVESTMENT PARTNERSHIP, L.P., C/R ENERGY | CIVIL ACTION NO. 4:14-cv-03428<br><br>CLASS ACTION |

| |
|---|
| COINVESTMENT II, L.P., FIRST RESERVE FUND X, L.P., FR XI ONSHORE AIV, L.P., KERN COBALT CO-INVEST PARTNERS AP LP, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, CREDIT SUISSE SECURITIES (USA) LLC, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, INC., DEUTSCHE BANK SECURITIES INC., RBC CAPITAL MARKETS, LLC, UBS SECURITIES LLC, HOWARD WEIL INCORPORATED, STIFEL, NICOLAUS & COMPANY, INCORPORATED, CAPITAL ONE SOUTHCOAST, INC., AND LAZARD CAPITAL MARKETS LLC, |
|               Defendants. |

**CORPORATE DISCLOSURE STATEMENT AND
DISCLOSURE OF INTERESTED PARTIES OF
<u>THE CARLYLE GROUP L.P. AND CARLYLE ENERGY COINVESTMENT III, L.P.</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order for Initial Pretrial and Scheduling Conference and Order To Disclose Interested Persons, Defendants The Carlyle Group L.P. and Carlyle Energy Coinvestment III, L.P., by and through their undersigned attorneys, provide the following information:

1.     <u>The Carlyle Group L.P.</u> is a publicly held partnership that is managed by its general partner, Carlyle Group Management L.L.C.  It has no parent corporation and no publicly held corporation owns more than 10% of its stock.

2.     Carlyle Energy Coinvestment III, L.P. is a private investment fund that is managed by Carlyle Energy Coinvestment III GP, LLC, which is a subsidiary of TCG Holdings, L.L.C.  It has no parent corporation and no publicly held corporation owns more than 10% of its stock.

3. The following persons, associations of persons, firms, partnerships, corporations, guarantors, parent corporations, other legal entities (or groups of the foregoing persons and entities) are financially interested in the outcome of this case: (1) Plaintiffs, (2) counsel for Plaintiffs, (3) Defendants and (4) counsel for Defendants.

Dated:  January 27, 2015                                            Respectfully submitted,

                                        **WILLIAMS & CONNOLLY LLP**

                                    By: /s/ Robert A. Van Kirk
                                         Robert A. Van Kirk
                                         *Attorney-In-Charge*
                                         Federal I.D. No. 386734
                                         725 Twelfth Street, N.W.
                                         Washington, DC  20005
                                         Telephone: (202) 434-5000
                                         Facsimile: (202) 434-5029
                                         rvankirk@wc.com

                                       *Counsel for Defendants The Carlyle Group,*
                                         *L.P. and Carlyle Energy Coinvestment III, L.P.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of January, 2015, I caused to be served the Corporate Disclosure Statement and Disclosure of Interested Parties of The Carlyle Group L.P. and Carlyle Energy Coinvestment III, L.P. via the Court's Electronic Filing System to all counsel of record.

    /s/ Robert Van Kirk

Robert Van Kirk
Federal I.D. No. 386734
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
rvankirk@wc.com
*Counsel for Defendants The Carlyle Group, L.P.*
*and Carlyle Energy Coinvestment III, L.P.*