UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
:
IN RE COBALT INTERNATIONAL     :    Civ. Action No. 4:14-CV-3428
ENERGY, INC. SECURITIES          :    ECF CASE
LITIGATION                                     :    Electronically Filed
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**APPENDIX OF EXHIBITS
CITED IN UNDERWRITER DEFENDANTS' MOTION TO DISMISS THE
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

In support of the Underwriter Defendants' Motion to Dismiss, attached is a true and correct copies of the following documents:

| Ex. | DESCRIPTION |
|---|---|
| 1 | Rafael Marques de Morais, The Angolan Presidency: The Epicentre of Corruption, Maka Angola Report (July 30, 2010), available at http://makaangola.org/wp-content/uploads/2012/04/PresidencyCorruption.pdf |
| 2 | Tom Burgis and Cynthia O'Murchu, Angola Officials Held Hidden Oil Stakes, Financial Times (April 15, 2012), available at http://www.ft.com/intl/cms/s/0/effd6a98-854c-11e1-a394-00144feab49a.html#axzz3eUqXvkT3 |
| 3 | Tom Burgis and Cynthia O'Murchu, Spotlight Falls on Cobalt's Angola Partner, Financial Times (April 15, 2012), available at http://www.ft.com/intl/cms/s/0/1225e3de-854d-11e1-a394-00144feab49a.html#axzz3eUqXvkT3 |
| 4 | Cobalt International Energy, Inc. 10-K, filed 3/1/2011 |
| 5 | Cobalt International Energy, Inc. 8-K, filed 3/11/2011 |
| 6 | Cobalt International Energy, Inc. 10-K, filed 2/21/2012 |

| Ex. | DESCRIPTION |
|---|---|
| 7 | Diarmid O'Sullivan and Graham Lee, <u>Goldman Sachs Backs Angolan Oil Deal Despite Corruption Risks</u>, (May 20, 2010), <u>available at</u> https://www.globalwitness.org/archive/goldman-sachs-backs-angolan-oil-deal-despite-corruption-risks/ |

Dates: June 30, 2015

                                              Respectfully submitted,
                                              /s/ Charles W. Schwartz
                                              Charles W. Schwartz
                                              Fed. Bar No. 603
                                              Texas Bar No. 17861300
                                              Email: charles.schwartz@Skadden.com
                                              Skadden, Arps, Slate,
                                                 Meagher & Flom LLP
                                              1000 Louisiana, Suite 6800
                                              Houston, Texas 77002
                                              Telephone: (713) 655-5160
                                              Facsimile: (713) 483-9160
                                              ATTORNEYS FOR UNDERWRITER DEFENDANTS

Of Counsel
Jay B. Kasner
(Admitted Pro Hac Vice)
Email: jay.kasner@Skadden.com
Scott D. Musoff
(Admitted Pro Hac Vice)
Email: scott.musoff@Skadden.com
Skadden, Arps, Slate,
   Meagher & Flom LLP
Four Times Square
New York, New York 10036-6518
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the counsel who have registered with this court.



/s/ Charles W. Schwartz

Charles W. Schwartz