UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE COBALT INTERNATIONAL ENERGY, INC. SECURITIES LITIGATION | LEAD CASE NO. 4:14-cv-03428 |

**EXHIBITS CITED IN THE COBALT DEFENDANTS'
MOTION TO DISMISS**

| Exhibit No. | Description | CAC Reference[1] |
|---|---|---|
| 1. | Decree Law No. 14/09 (Angola Council of Ministers June 11, 2009), *cited in Mot. as* Decree Law No. 14/09 | ¶¶ 60, 93; *see also* Mot. at 7 n.11 |
| 2. | Decree Law No. 15/09 (Angola Council of Ministers June 11, 2009), *cited in Mot. as* Decree Law No. 15/09 | ¶¶ 60, 93; *see also* Mot. at 7 n.11 |
| 3. | 10/30/2009 Amendment No. 2 to Form S-1 (filed 10/30/2009, dated 10/29/2009), *cited in Mot. as* 10/30/09 S-1/A | ¶ 59; *see also* Mot. at 3 n.4 |
| 4. | 11/27/2009 Amendment No. 3 to Form S-1, *cited in Mot. as* 11/27/09 S-1/A | ¶ 59; *see also* Mot. at 7 n.12 |
| 5. | 3/30/2010 Form 10-K, *cited in Mot. as* 3/30/10 10-K | ¶ 224 |
| 6. | Press Release, Global Witness, *Goldman Sachs Backs Angolan Oil Deal Despite Corruption Risks* (May 20, 2010), *cited in Mot. as* 5/20/10 Global Witness Article | ¶ 75 |
| 7. | Rafael Marques de Morais, *President's three henchmen lead the plunder of state assets in Angola* (Maka Angola July 30, 2010), *cited in Mot. as* 7/30/10 Maka Angola Article | ¶¶ 66, 77 |
| 8. | 3/1/2011 Form 10-K, *cited in Mot. as* 3/1/11 10-K | ¶¶ 3, 79, 81, 129–32, 226, 229 |

---

[1] The CAC relies upon the Cobalt Defendants' exhibits in at least the CAC paragraphs listed in the third column.

| Exhibit No. | Description | CAC Reference[1] |
|---|---|---|
| 9. | 3/11/2011 Form 8-K, *cited in Mot. as* 3/11/11 8-K | ¶¶ 80, 133–35, 226, 229 |
| 10. | 12/20/2011 Form 8-K, *cited in Mot. as* 12/20/11 8-K | ¶¶ 82, 137 |
| 11. | Maria Lyn Ramos, *Angola's Oil Industry Operations* (Open Society Initiative for Southern Africa 2011), *cited in Mot. as* OSISA Article | ¶ 53 |
| 12. | Criminal Complaint against Partners of Nazaki Oil & Gaz, S.A. and Cobalt International Energy, Inc. brought by Rafael Marques de Morais (Angola Atty. General Jan. 6, 2012), *available at* http://makaangola.org/wp-content/uploads/2012/01/Criminal_Complaint.pdf | ¶ 92 |
| 13. | 2/21/2012 Form 10-K, *cited in Mot. as* 2/21/12 10-K | ¶¶ 93–94, 139–45, 146–47, 226, 229, 234–35 |
| 14. | 2/23/2012 Form 424B5, *cited in Mot. as* 2/23/12 Prospectus | ¶ 146 |
| 15. | Joseph H. Bryant, Statement of Changes in Beneficial Ownership (Form 4) (Mar. 2, 2012), *cited in Mot. as* 3/2/12 Bryant Form 4 | ¶ 94 |
| 16. | Tom Burgis & Cynthia O'Murchi, *Angola Officials Held Hidden Oil Stakes*, Financial Times, Apr. 15, 2012, *cited in Mot. as* 4/15/12 FT Article 1 | ¶¶ 67, 95 |
| 17. | Tom Burgis & Cynthia O'Murchi, *Spotlight Falls on Cobalt's Angola Partner*, Financial Times, Apr. 15, 2012, *cited in Mot. as* 4/15/12 FT Article 2 | ¶ 68 |
| 18. | Press Release, Cobalt International Energy, Inc., Cobalt International Energy, Inc. Responds to Financial Times Article (Apr. 16, 2012), *cited in Mot. as* 4/16/12 Press Release | ¶ 148 |
| 19. | 5/1/2012 Earnings Call Tr., *cited in Mot. as* 5/1/12 Call Tr. | ¶ 152 |
| 20. | 7/31/2012 Form 10-Q, *cited in Mot. as* 7/31/12 10-Q | ¶¶ 155, 159–160, 234–35, 244–45 |

| **Exhibit No.** | **Description** | **CAC Reference**[1] |
|---|---|---|
| 21. | Letter from Karl Hiller, Branch Chief, SEC to John P. Wilkerson, Chief Financial Officer, Cobalt International Energy, Inc. (Oct. 26, 2012), *cited in Mot. as* 10/26/12 Letter | ¶ 239 |
| 22. | Press Release, Cobalt International Energy, Inc., Cobalt International Energy, Inc. Announces Third Quarter 2012 Results (Oct. 30, 2012), *cited in Mot. as* 10/30/12 Earnings Release | ¶ 172 |
| 23. | 10/30/2012 Earnings Call Tr., *cited in Mot. as* 10/30/12 Call Tr. | ¶¶ 102–03, 157 |
| 24. | 11/14/2012 Investor Presentation, *cited in* Appendix 1 | ¶ 102 |
| 25. | Letter from John P. Wilkerson, Chief Financial Officer, Cobalt International Energy, Inc. to Karl Hiller, Branch Chief, SEC (Nov. 20, 2012), *cited in Mot. as* 11/20/12 Letter | ¶ 239 |
| 26. | Rafael Marques de Morais, *Trafigura and the Angolan Presidential Mafia* (Maka Angola Jan. 5, 2013), *cited in Mot. as* 1/5/13 Maka Angola Article | ¶ 66 n.11 |
| 27. | 1/16/2013 Form 424B7, *cited in* Appendix 1 | ¶ 160 |
| 28. | 2/5/2013 Investor Presentation, *cited in Mot. as* 2/5/13 Investor Deck | ¶ 161 |
| 29. | 2/26/2013 Form 10-K, *cited in Mot. as* 2/26/13 10-K | ¶¶ 101, 162–64, 249–50 |
| 30. | 2/26/2013 Earnings Call Tr., *cited in Mot. as* 2/26/13 Tr. | ¶¶ 104, 163 |
| 31. | Press Release, Cobalt International Energy, Inc., Cobalt International Energy, Inc. Announces Fourth Quarter and Year-End 2012 Results and Provides Operational Update on its Gulf of Mexico and West Africa Drilling Operations (Feb. 26, 2013), *cited in Mot. as* 2/26/13 Earnings Release | ¶ 169 |
| 32. | 8/6/2014 Form 10-Q, *cited in Mot. as* 8/6/14 10-Q | ¶ 185 |
| 33. | 3/19/2013 Investor Presentation, *cited in Mot. as* 3/19/13 Investor Deck | ¶¶ 104, 167 |

| Exhibit No. | Description | CAC Reference[1] |
|---|---|---|
| 34. | 5/8/2013 Form 424B7, *cited in* Appendix 1 | ¶ 168 |
| 35. | 5/21/2013 Investor Presentation, *cited in Mot. as* 5/21/13 Investor Deck | ¶ 167 |
| 36. | 6/4/2013 Investor Presentation, *cited in Mot. as* 6/4/13 Investor Deck | ¶ 167 |
| 37. | *Cobalt International Energy, Oil Exploration Has High Stakes, But Few Executives Understand How High Tech Can Mitigate its Risks Better Than Joseph Bryant, CEO of Cobalt International Energy*, Exceptional Magazine (Ernst & Young July 2013), *available at* http://www.ey.com/US/en/Services/Strategic-Growth-Markets/Exceptional-magazine-Americas-edition-July-2013---Cobalt-International-Energy, *cited in Mot. as* July 2013 EY Article | ¶ 49 |
| 38. | 7/30/2013 Form 10-Q, *cited in Mot. as* 7/30/13 10-Q | ¶ 165 |
| 39. | 8/28/2013 Investor Presentation, *cited in Mot. as* 8/28/13 Investor Deck | ¶ 167 |
| 40. | 9/10/2013 Investor Presentation, *cited in Mot. as* 9/10/13 Investor Deck | ¶ 170 |
| 41. | Press Release, Cobalt International Energy, Inc., Cobalt International Energy, Inc. Announces Third Quarter 2013 Results and Discoveries at Lontra and Mavinga (Oct. 29, 2013), *cited in Mot. as* 10/29/13 Earnings Release | ¶ 172 |
| 42. | 10/29/2013 Earnings Call Tr., *cited in Mot. as* 10/29/13 Call Tr. | ¶¶ 107, 173 |
| 43. | 10/29/2013 Investor Presentation, *cited in Mot. as* 10/29/13 Investor Deck | ¶ 170 |
| 44. | 10/29/2013 Form 8-K, *cited in Mot. as* 10/29/13 8-K | ¶ 172 |
| 45. | Press Release, Cobalt International Energy, Inc., Cobalt International Energy, Inc. Confirms Significant Pre-salt Discovery at its Lontra #1 Well, Offshore Angola (Dec. 1, 2013), *cited in Mot. as* 12/1/13 Press Release | ¶ 108 |

| Exhibit No. | Description | CAC Reference[1] |
|---|---|---|
| 46. | 12/3/2013 Investor Presentation, *cited in Mot. as* 12/3/13 Investor Deck | ¶ 170 |
| 47. | 2/27/2014 Form 10-K, *cited in Mot. as* 2/27/14 10-K | ¶¶ 101, 176–77, 255–56 |
| 48. | 2/27/2014 Earnings Call Tr., *cited in Mot. as* 2/27/14 Call Tr. | ¶ 178 |
| 49. | Press Release, Cobalt International Energy, Inc., Cobalt International Energy, Inc. Announces Fourth Quarter and Year-End 2013 Results and Provides Operational Update on its West Africa Drilling Operations (Feb. 27, 2014), *cited in Mot. as* 2/27/14 Earnings Release. | ¶¶ 113, 178; *see also* Mot. at 47 n.77 |
| 50. | Executive Decree No. 88/14 (Angola Ministry of Petroleum Mar. 25, 2014), *cited in Mot. as* Executive Decree No. 88/14 | ¶ 123; *see also* Mot. at 7 n.11 |
| 51. | Executive Decree No. 89/14 (Angola Ministry of Petroleum Mar. 25, 2014), *cited in Mot. as* Executive Decree No. 89/14 | ¶ 123; *see also* Mot. at 7 n.11 |
| 52. | 5/1/2014 Form 10-Q, *cited in Mot. as* 5/1/14 10-Q | ¶ 114 |
| 53. | EXHIBIT NUMBER NOT USED | |
| 54. | 5/7/2014 Form 424B3, *cited in Mot. as* 5/7/14 424B3 | ¶ 115 |
| 55. | Letter from Lynne L. Hackedorn, Vice President, Government and Public Affairs, Cobalt to Barnaby Pace, Global Witness (May 14, 2014), *cited in Mot. as* 5/14/14 Global Witness Letter | ¶ 118 |
| 56. | Press Release, Global Witness, *BP and Partners' US $350 Million Payments in Corruption-Prone Angola Show Need for U.S. Transparency Rule* (Aug. 4, 2014), *cited in Mot. as* 8/4/14 Global Witness Article | ¶ 117 |
| 57. | 8/5/2014 Form 8-K, *cited in Mot. as* 8/5/14 8-K | ¶¶ 119, 206 |
| 58. | Nidaa Bakhsh, *BP, Cobalt Angola Money Shows More Transparency Needed, NGO Says*, Bloomberg, Aug. 5, 2014, *cited in Mot. as* 8/5/14 Bloomberg article | ¶ 119 |
| 59. | 8/5/2014 Earnings Call Tr., *cited in Mot. as* 8/5/14 Call Tr. | ¶¶ 116, 117 |

| Exhibit No. | Description | CAC Reference[1] |
|---|---|---|
| 60. | EXHIBIT NUMBER NOT USED | |
| 61. | Edward Westlake, *Cobalt International Energy - Deep Discount to Discovered Value, But* (Credit Suisse Analyst Report Aug. 6, 2014), *cited in* Appendix 1 | ¶ 120 |
| 62. | Tim Fernholz, *The Absence of a Mysterious Research Center in Angola Could be Evidence of Oil Corruption*, Quartz, Aug. 12, 2014, *cited in Mot. as* 8/12/14 Quartz Article | ¶ 120 |
| 63. | Frances Coppola, *Cobalt International Energy: Oil, Angola and Corruption*, Forbes, Aug. 17, 2014, *cited in Mot. as* 8/17/14 *Forbes* article | ¶ 121 |
| 64. | 8/26/2014 Form 8-K, *cited in Mot. as* 8/26/14 8-K | ¶ 122 |
| 65. | EXHIBIT NUMBER NOT USED | ¶ 123 |
| 66. | Press Release, Cobalt International Energy, Inc., Cobalt International Energy, Inc. Announces Third Quarter 2014 Results and Provides Operational Update (Nov. 4, 2014), *cited in Mot. as* 11/4/14 Earnings Release | ¶ 124 |
| 67. | 2/23/2015 Form 10-K, *cited in Mot. as* 2/23/15 10-K | ¶ 119 n.25; *see also* Mot. at 4 n.6 |
| 68. | Rafael Marques de Morais, *The Angolan Presidency: The Epicentre of Corruption* (Maka Angola July 2010), *cited in Mot. as* 7/10 Maka Angola Report | ¶ 77 |
| 69. | EXHIBIT NUMBER NOT USED | |
| 70. | Ana Silva, *Manuel Vicente: Transparently Corrupt* (Maka Angola June 1, 2012), *cited in Mot. as* 6/1/12 Maka Angola Article | ¶ 100 |
| 71. | 10/30/2012 Form 10-Q, *cited in Mot. as* 10/30/12 10-Q | ¶ 156 |