# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE COBALT INTERNATIONAL ENERGY, INC. SECURITIES LITIGATION

LEAD CASE NO. 4:14-cv-03428

## DECLARATION OF RUSSELL LEWIS

I, Russell Lewis, declare the following pursuant to 28 U.S.C. § 1746:

1.      "I am an attorney with the law firm of Baker Botts L.L.P.  Baker Botts L.L.P. is counsel of record for Defendants Joseph H. Bryant, James W. Farnsworth, John P. Wilkirson, Peter R. Coneway, Henry Cornell, Jack E. Golden, N. John Lancaster, Jon A. Marshall, Kenneth W. Moore, J. Hardy Murchison, Michael G. France, Kenneth A. Pontarelli, Scott L. Lebovitz, Myles W. Scoggins, D. Jeff van Steenbergen, Martin H. Young, Jr., William P. Utt, and Cobalt International Energy, Inc. ("Cobalt") in the above-styled cause of action.  My office address, telephone number, and fax number are:  One Shell Plaza, 910 Louisiana Street, Houston, Texas 77002, telephone (713) 229-1767, facsimile (713) 229-2867.

2.      I am legally competent to make this declaration.  I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3.      Attached as **Exhibit 1** is a true and correct copy of Council of Ministers, Decree Law No. 14/09 of June 11, 2009 (with English translation).

Active 19852708

4.     Attached as **Exhibit 2** is a true and correct copy of Council of Ministers, Decree Law No. 15/09 of June 11, 2009 (with English translation).

5.     Attached as **Exhibit 3** is a true and correct copy of excerpts from Cobalt's Amendment No. 2 to Form S-1 dated October 29, 2009.

6.     Attached as **Exhibit 4** is a true and correct copy of excerpts from Cobalt's Amendment No. 3 to Form S-1 dated November 27, 2009.

7.     Attached as **Exhibit 5** is a true and correct copy of excerpts from Cobalt's Form 10-K dated March 30, 2010.

8.     Attached as **Exhibit 6** is a true and correct copy of Global Witness, *Goldman Sachs Backs Angolan Oil Deal Despite Corruption Risks*, May 20, 2010.

9.     Attached as **Exhibit 7** is a true and correct copy of Rafael Marques de Morais, *President's three henchmen lead the plunder of state assets in Angola,* Maka Angola, July 30, 2010.

10.    Attached as **Exhibit 8** is a true and correct copy of excerpts from Cobalt's Form 10-K dated March 1, 2011.

11.    Attached as **Exhibit 9** is a true and correct copy of Cobalt's Form 8-K dated March 11, 2011.

12.    Attached as **Exhibit 10** is a true and correct copy of Cobalt's Form 8-K dated December 20, 2011.

13.    Attached as **Exhibit 11** is a true and correct copy of Maria Lyn Ramos, *Angola's Oil Industry Operations* (Open Society Initiative for Southern Africa 2011).

14.     Attached as **Exhibit 12** is a true and correct copy of Criminal Complaint against Partners of Nazaki Oil & Gaz, S.A. and Cobalt International Energy, Inc. brought by Rafael Marques de Morais (Angola Atty General Jan. 6, 2012).

15.     Attached as **Exhibit 13** is a true and correct copy of excerpts from Cobalt's Form 10-K dated February 21, 2012, including excerpts from the Production Sharing Contract for Block 20.

16.     Attached as **Exhibit 14** is a true and correct copy of excerpts from Cobalt's Form 424B5 dated February 23, 2012.

17.     Attached as **Exhibit 15** is a true and correct copy of Cobalt's Form 4 for Joseph H. Bryant dated March 2, 2012.

18.     Attached as **Exhibit 16** is a true and correct copy of Tom Burgis and Cynthia O'Murchi, *Angola Officials Held Hidden Oil Stakes*, Financial Times, April 15, 2012.

19.     Attached as **Exhibit 17** is a true and correct copy of Tom Burgis and Cynthia O'Murchi, *Spotlight Falls on Cobalt's Angola Partner*, Financial Times, April 15, 2012.

20.     Attached as **Exhibit 18** is a true and correct copy of Cobalt's Press Release dated April 16, 2012.

21.     Attached as **Exhibit 19** is a true and correct copy of Cobalt's Earnings Call Transcript dated May 1, 2012.

22.     Attached as **Exhibit 20** is a true and correct copy of excerpts from Cobalt's Form 10-Q dated July 31, 2012.

23.     Attached as **Exhibit 21** is a true and correct copy of a letter from Karl Hiller, Branch Chief, SEC to John P. Wilkerson, Cobalt's Chief Financial Officer, dated October 26, 2012.

24.     Attached as **Exhibit 22** is a true and correct copy of Cobalt's Press Release dated October 30, 2012.

25.     Attached as **Exhibit 23** is a true and correct copy of Cobalt's Earnings Call Transcript dated October 30, 2012.

26.     Attached as **Exhibit 24** is a true and correct copy of Cobalt's Investor Presentation dated November 14, 2012.

27.     Attached as **Exhibit 25** is a true and correct copy of a letter from John P. Wilkerson, Cobalt's Chief Financial Officer, to Karl Hiller, Branch Chief, SEC dated November 20, 2012.

28.     Attached as **Exhibit 26** is a true and correct copy of Rafael Marques de Morais, *Trafigura and the Angolan Presidential Mafia*, Maka Angola, January 5, 2013.

29.     Attached as **Exhibit 27** is a true and correct copy of excerpts from Cobalt's Form 424B7 dated January 16, 2013.

30.     Attached as **Exhibit 28** is a true and correct copy of Cobalt's Investor Presentation dated February 5, 2013.

31.     Attached as **Exhibit 29** is a true and correct copy of excerpts from Cobalt's Form 10-K dated February 26, 2013.

32.     Attached as **Exhibit 30** is a true and correct copy of Cobalt's Earnings Call Transcript dated February 26, 2013.

33.　　Attached as **Exhibit 31** is a true and correct copy of Cobalt's Press Release dated February 26, 2013.

34.　　Attached as **Exhibit 32** is a true and correct copy of excerpts from Cobalt's Form 10-Q dated August 6, 2014.

35.　　Attached as **Exhibit 33** is a true and correct copy of Cobalt's Investor Presentation dated March 19, 2013.

36.　　Attached as **Exhibit 34** is a true and correct copy of Cobalt's Form 424B7 dated May 8, 2013.

37.　　Attached as **Exhibit 35** is a true and correct copy of Cobalt's Investor Presentation dated May 21, 2013.

38.　　Attached as **Exhibit 36** is a true and correct copy of Cobalt's Investor Presentation dated June 4, 2013.

39.　　Attached as **Exhibit 37** is a true and correct copy of Ernst & Young, *Cobalt International Energy, Oil Exploration Has High Stakes, But Few Executives Understand How High Tech Can Mitigate its Risks Better Than Joseph Bryant, CEO of Cobalt International Energy*, Exceptional Magazine dated July 2013.

40.　　Attached as **Exhibit 38** is a true and correct copy of excerpts from Cobalt's Form 10-Q dated July 30, 2013.

41.　　Attached as **Exhibit 39** is a true and correct copy of Cobalt's Investor Presentation dated August 28, 2013.

42.　　Attached as **Exhibit 40** is a true and correct copy of Cobalt's Investor Presentation dated September 10, 2013.

43.     Attached as **Exhibit 41** is a true and correct copy of Cobalt's Press Release dated October 29, 2013.

44.     Attached as **Exhibit 42** is a true and correct copy of Cobalt's Earnings Call Transcript dated October 29, 2013.

45.     Attached as **Exhibit 43** is a true and correct copy of Cobalt's Investor Presentation dated October 29, 2013.

46.     Attached as **Exhibit 44** is a true and correct copy of Cobalt's Form 8-K dated October 29, 2013.

47.     Attached as **Exhibit 45** is a true and correct copy of Cobalt's Press Release dated December 1, 2013.

48.     Attached as **Exhibit 46** is a true and correct copy of Cobalt's Investor Presentation dated December 3, 2013.

49.     Attached as **Exhibit 47** is a true and correct copy of excerpts from Cobalt's Form 10-K dated February 27, 2014.

50.     Attached as **Exhibit 48** is a true and correct copy of Cobalt's Earnings Call Transcript dated February 27, 2014.

51.     Attached as **Exhibit 49** is a true and correct copy of Cobalt's Press Release dated February 27, 2014.

52.     Attached as **Exhibit 50** is a true and correct copy of Ministry of Petroleum, Executive Decree No. 88/14 (with English translation).

53.     Attached as **Exhibit 51** is a true and correct copy of Ministry of Petroleum, Executive Decree No. 89/14 (with English translation).

54.     Attached as **Exhibit 52** is a true and correct copy of excerpts from Cobalt's Form 10-Q dated May 1, 2014.

55.     Attached as **Exhibit 54** is a true and correct copy of excerpts from Cobalt's Form 424B3 dated May 7, 2014.

56.     Attached as **Exhibit 55** is a true and correct copy of a letter from Lynne L. Hackedorn, Cobalt's Vice President, Government and Public Affairs, to Barnaby Pace, Global Witness dated May 14, 2014.

57.     Attached as **Exhibit 56** is a true and correct copy of Cobalt's Press Release dated August 4, 2014.

58.     Attached as **Exhibit 57** is a true and correct copy of Cobalt's Form 8-K dated August 5, 2014.

59.     Attached as **Exhibit 58** is a true and correct copy of Nidaa Bakhsh, *BP, Cobalt Angola Money Shows More Transparency Needed, NGO Says*, Bloomberg, August 5, 2014.

60.     Attached as **Exhibit 59** is a true and correct copy of Cobalt's Earnings Call Transcript dated August 5, 2014.

61.     Attached as **Exhibit 61** is a true and correct copy of Edward Westlake, *Cobalt International Energy - Deep Discount to Discovered Value, But*, Credit Suisse Analyst Report, August 6, 2014.

62.     Attached as **Exhibit 62** is a true and correct copy of Tim Fernholz, *The Absence of a Mysterious Research Center in Angola Could be Evidence of Oil Corruption*, Quartz, August 12, 2014.

63.     Attached as **Exhibit 63** is a true and correct copy of Frances Coppola, *Cobalt International Energy:  Oil, Angola and Corruption*, Forbes, August 17, 2014.

64.     Attached as **Exhibit 64** is a true and correct copy of Cobalt's Form 8-K dated August 26, 2014.

65.     Attached as **Exhibit 66** is a true and correct copy of Cobalt's Press Release dated November 4, 2014.

66.     Attached as **Exhibit 67** is a true and correct copy of excerpts from Cobalt's Form 10-K dated February 23, 2015.

67.     Attached as **Exhibit 68** is a true and correct copy of Rafael Marques de Morais, *The Angolan Presidency:  The Epicentre of Corruption*, Maka Angola, July 2010.

68.     Attached as **Exhibit 70** is a true and correct copy of Ana Silva, *Manuel Vicente: Transparently Corrupt*, Maka Angola, June 1, 2012.

69.     Attached as **Exhibit 71** is a true and correct copy of excerpts from Cobalt's Form 10-Q dated October 30, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Executed on June 30th, 2015.

Russell Lewis