**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE COBALT INTERNATIONAL ENERGY, INC. SECURITIES LITIGATION | LEAD CASE NO. 4:14-cv-03428 |

**EXHIBITS TO
THE COBALT DEFENDANTS' MOTION TO DISMISS**

**PART 1**

**EXHIBITS 1 - 27**

Dated:  June 30, 2015

Respectfully submitted,

BAKER BOTTS L.L.P.

Of Counsel:
Danny David
Texas Bar No. 24028267
Russell Lewis
Texas Bar No. 24036968
Federal I.D. No. 569523
Amy Pharr Hefley
Texas Bar No. 24046046
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana St.
Houston, Texas  77002
Tel: (713) 229-1234
Fax: (713) 229-1522
danny.david@bakerbotts.com
russell.lewis@bakerbotts.com
amy.hefley@bakerbotts.com

By:  */s/ David D. Sterling*
David D. Sterling
Attorney-In-Charge
Texas Bar No. 19170000
Federal I.D. No. 07079
One Shell Plaza
910 Louisiana St.
Houston, Texas  77002
Tel: (713) 229-1946
Fax: (713) 229-7946
david.sterling@bakerbotts.com

Attorneys for Defendants Joseph H. Bryant, James W. Farnsworth, John P. Wilkirson, Peter R. Coneway, Henry Cornell, Jack E. Golden, N. John Lancaster, Jon A. Marshall, Kenneth W. Moore, J. Hardy Murchison, Michael G. France, Kenneth A. Pontarelli, Scott L. Lebovitz, Myles W. Scoggins, D. Jeff van Steenbergen, Martin H. Young, Jr., William P. Utt, and Cobalt International Energy, Inc.

## Certificate of Service

I hereby certify that on this 30th day of June, 2015, a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all counsel of record.

*/s/ Amy Pharr Hefley*
Amy Pharr Hefley