# APPENDIX A

# APPENDIX A

# REFERENCES IN THE COMPLAINT TO COBALT'S SEC FILINGS CITED IN PLAINTIFFS' OPPOSITION

| Exhibit | Description | Complaint Reference |
|---|---|---|
| 1 | Cobalt IPO Prospectus dated December 15, 2009 | ¶62 |
| 3 | Cobalt 2010 Form 10-K dated March 1, 2011 | ¶¶3; 79; 81; 129-32 |
| 4 | Cobalt Shareholder Proxy dated March 22, 2011 | Incorporated by reference in relevant part into Cobalt 2011 Form 10-K, referenced at ¶¶93; 139-145 |
| 5 | Cobalt 2011 Form 10-K dated February 21, 2012 | ¶¶93; 139-45 |
| 6 | Cobalt Prospectus for the February 2012 Common Stock Offering dated February 23, 2012 | ¶¶146-47; 225 |
| 7 | Cobalt Shareholder Proxy dated March 22, 2012 | Incorporated by reference in relevant part into Cobalt 2012 Form 10-K, referenced at ¶¶162-64 |
| 10 | Cobalt Prospectus for the December 2012 Bond Offering dated December 11, 2012 | ¶¶159; 234 |
| 11 | Cobalt Prospectus for the January 2013 Common Stock Offering dated January 15, 2013 | ¶¶160; 244 |
| 12 | Cobalt 2012 Form 10-K dated February 26, 2013 | ¶¶162-64 |
| 13 | Cobalt Shareholder Proxy dated March 21, 2013 | Incorporated by reference in relevant part into Cobalt 2013 Form 10-K, referenced at ¶¶176-79. |
| 14 | Cobalt Prospectus for the May 2013 Common Stock Offering dated May 7, 2013 | ¶¶168-69; 249 |
| 15 | Cobalt 2013 Form 10-K dated February 27, 2014 | ¶¶176-79 |