# APPENDIX B

# APPENDIX B

# COBALT'S CLASS PERIOD ADMISSIONS CONCERNING THE CONTROLLING ENTITIES

| Document | Relevant Admissions |
|---|---|
| Cobalt 2010 Form 10-K | • "Our four largest stockholders collectively own approximately 72% of our outstanding common stock. Consequently, these stockholders have *significant influence* over all matters that require approval by our stockholders, including the election of directors and *approval of significant corporate transactions*. This concentration of ownership will limit your ability to influence corporate matters, and as a result, actions may be taken that you may not view as beneficial." (p. 49).<br><br>• "Funds affiliated with [the Controlling Entities] control a majority of the voting power of our outstanding common stock. Consequently we are a "controlled company" within the meaning of the NYSE corporate governance standards. . . . [A] company of which more than 50% of the voting power is held by another person or *group of persons acting together* is a "controlled company" and may elect not to comply with certain NYSE corporate governance requirements, including the requirement[] that a majority of the board of directors consist of independent directors . . . ." (p. 50). |
| Cobalt 2011 Shareholder Proxy | • "[the Controlling Entities] currently own shares of our common stock sufficient to elect all of the members of the Board without the approval of any other stockholder." (p. 6).<br><br>• "We are a "controlled company" as that term is defined in Section 303A of the NYSE Listed Company Manual because more than 50% of our voting power is held by funds affiliated with [the Controlling Entities], *acting as a group*." (p. 9). |
| Cobalt 2011 Form 10-K | • "[The Controlling Entities] collectively own approximately 65% of our outstanding common stock. Consequently, these stockholders have *significant influence* over all matters that require approval by our stockholders, including the election of directors and *approval of significant corporate transactions*. This concentration of ownership will limit your ability to influence corporate matters, and as a result, actions may be taken that you may not view as beneficial." (p. 53).<br><br>• "Funds affiliated with [the Controlling Entities] control a majority of the voting power of our outstanding common stock. Consequently we are a "controlled company" within the meaning of the NYSE corporate governance standards. . . . [A] company of which more than 50% of the voting power is held by another person or *group of persons acting together* is a "controlled company" and may elect not to comply with certain NYSE corporate governance requirements, including the requirement[] that a majority of the board of directors consist of independent directors . . . ." (p. 53). |

| Document | Relevant Admissions |
|---|---|
| Cobalt 2012 Shareholder Proxy | <ul><li>"[The Controlling Entities] currently own shares of our common stock sufficient to elect all of the members of the Board without the approval of any other stockholder." (p. 4).</li><li>"We are a "controlled company" as that term is defined in Section 303A of the NYSE Listed Company Manual because more than 50% of our voting power is held by funds affiliated with [the Controlling Entities], *acting as a group*." (p. 6).</li></ul> |
| Cobalt 2012 Form 10-K | <ul><li>"[The Controlling Entities] collectively own approximately 42% of our outstanding common stock. These stockholders have *significant influence over all matters that require approval by our stockholders*, including the election of directors and approval of *significant corporate transactions*. This concentration of ownership will limit your ability to influence corporate matters, and as a result, actions may be taken that you may not view as beneficial." (p. 61).</li><li>"As of [February 21, 2013, the Controlling Entities] owned approximately 42% of the shares of our outstanding common stock. In addition, seven of our twelve directors . . . are employed by respective affiliates of [the Controlling Entities] and were originally designated to our board pursuant to the terms of the prior stockholders agreement." (p. 83).</li></ul> |
| Cobalt 2013 Form 10-K | <ul><li>"[The Controlling Entities] collectively own approximately 26% of our outstanding common stock. *These stockholders have influence* over all matters that require approval by our stockholders, including the election of directors and *approval of significant corporate transactions*. This concentration of ownership will limit your ability to influence corporate matters, and as a result, actions may be taken that you may not view as beneficial." (p. 63).</li></ul> |