# APPENDIX D

**APPENDIX D**

**STOCK SOLD BY COBALT AND THE CONTROLLING ENTITIES IN THE COMMON STOCK OFFERINGS**

| Controlling Entity | February 2012 Offering | January 2013 Offering | May 2013 Offering | TOTAL |
|---|---|---|---|---|
| Goldman | **Shares Sold:** 11,908,050<br>**Proceeds:** $333,425,400.00 | **Shares Sold:** 13,050,450<br>**Proceeds:** $326,261,250.00 | **Shares Sold:** 15,084,368<br>**Proceeds:** $401,545,876.16 | **Shares Sold:** 40,042,868<br>**Proceeds:** $1,061,232,526.16 |
| Riverstone / Carlyle | **Shares Sold:** 11,907,228<br>**Proceeds:** $333,402,384.00 | **Shares Sold:** 13,049,550<br>**Proceeds:** $326,238,750.00 | **Shares Sold:** 15,083,328<br>**Proceeds:** $401,518,191.36 | **Shares Sold:** 40,040,106<br>**Proceeds:** $1,061,159,325.36 |
| First Reserve | **Shares Sold:** 11,799,154<br>**Proceeds:** $330,376,312.00 | **Shares Sold:** 10,000,000<br>**Proceeds:** $250,000,000.00 | **Shares Sold:** 15,832,304<br>**Proceeds:** $421,455,932.48 | **Shares Sold:** 37,631,458<br>**Proceeds:** $1,001,832,244.48 |
| KERN | **Shares Sold:** 5,095,298<br>**Proceeds:** $142,668,344.00 | **Shares Sold:** 3,900,000<br>**Proceeds:** $97,500,000.00 | **Shares Sold:** 4,000,000<br>**Proceeds:** $106,480,000.00 | **Shares Sold:** 12,995,298<br>**Proceeds:** $346,698,344.00 |
| | | | | **Total Shares Sold:** 130,709,730<br>**Total Proceeds:** $3,470,872,440.00 |
| Cobalt | **Shares Sold:** 18,050,000<br>**Proceeds:** $505,400,000.00 | **Shares Sold:** None<br>**Proceeds:** None | **Shares Sold:** None<br>**Proceeds:** None | **Total Shares Sold:** 18,050,000<br>**Total Proceeds:** $505,400,000.00 |