**APPENDIX A:**

## The Opposition's Exaggerations of the CIO's Allegations in CAC ¶¶ 111, 112 & 116
(exaggerations in bold and italics)

| Citation | Plaintiffs' Characterization | Citation | Plaintiffs' Actual Allegations |
|---|---|---|---|
| Opp. 16 (citing CAC ¶ 111) | ". . . in the case of Lontra, Cobalt **sat on the** *adverse* **information** 'a lot longer than [Cobalt] normally would.'" | CAC ¶ 111 | "Cobalt **sat on the information** regarding the Lontra well 'a lot longer than they normally would.'" |
| Opp. 35 (citing CAC ¶¶ 111–12, 116) | ". . . Cobalt delayed **disclosing** *adverse* **information to investors** at Sonangol's request, including the existence of lower amounts of oil . . ." | CAC ¶ 111 | ". . . Sonangol required Cobalt to '**sit on information**,' including information regarding Angolan wells such as the Lontra well." |
| | | CAC ¶ 112 | "Given the length of time that Cobalt was **sitting on information** about Lontra, Cobalt executive Van Whitfield expressed internally that Cobalt had obligations to its investors." |
| | | CAC ¶ 116 | Offering CIO's opinion that "there was 'not even a question' that Loengo was not a good prospect and that there was 'not even a remote chance' of success on the Loengo well. . ." |
| Opp. 36 | Cobalt's "failure to disclose the *practice* **of withholding information** at Sonangol's request . . ." | | No allegations of a "practice" in the CAC. |
| Opp. 46–47 (citing CAC ¶¶ 111–12, 116) | "Defendants concealed that Cobalt had agreed to Sonangol's requirement that Cobalt **delay providing** *adverse* **information** regarding its Angolan wells." | CAC ¶ 111 | ". . . Sonangol required Cobalt to '**sit on information**,' including information regarding Angolan wells such as the Lontra well." |
| | | CAC ¶ 112 | "Given the length of time that Cobalt was **sitting on information** about Lontra, Cobalt executive Van Whitfield expressed internally that Cobalt had obligations to its investors." |
| | | CAC ¶ 116 | Offering CIO's opinion that "there was 'not even a question' that Loengo was not a good prospect and that there was 'not even a remote chance' of success on the Loengo well. . ." |

1

| Citation | Plaintiffs' Characterization | Citation | Plaintiffs' Actual Allegations |
|---|---|---|---|
| Opp. 60 (citing CAC ¶¶ 111–12) | ". . . Sonangol required Cobalt to 'sit on information,' **including *adverse information about its wells***." | CAC ¶ 111 | ". . . Sonangol required Cobalt to '**sit on information**,' including information regarding Angolan wells such as the Lontra well." |
| | | CAC ¶ 112 | "Given the length of time that Cobalt was **sitting on information** about Lontra, Cobalt executive Van Whitfield expressed internally that Cobalt had obligations to its investors." |
| Opp. 60 (citing CAC ¶¶ 111–12) | "This requirement was openly discussed at Cobalt, **including *during an executive meeting*** . . ." | CAC ¶ 111 | ". . . this requirement that Cobalt sit on information . . . was 'openly talked about' *at Cobalt*." |
| | | CAC ¶ 112 | "Cobalt's former CIO heard in an executive meeting – which was attended by [Farnsworth] . . . that the Company decided to delay disclosure." |

2