UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE COBALT INTERNATIONAL ENERGY, INC. SECURITIES LITIGATION | LEAD CASE NO. 4:14-cv-03428 |

## DECLARATION OF RUSSELL LEWIS

I, Russell Lewis, declare the following pursuant to 28 U.S.C. § 1746:

1.  "I am an attorney with the law firm of Baker Botts L.L.P. Baker Botts L.L.P. is counsel of record for Defendants Joseph H. Bryant, James W. Farnsworth, John P. Wilkirson, Peter R. Coneway, Henry Cornell, Jack E. Golden, N. John Lancaster, Jon A. Marshall, Kenneth W. Moore, J. Hardy Murchison, Michael G. France, Kenneth A. Pontarelli, Scott L. Lebovitz, Myles W. Scoggins, D. Jeff van Steenbergen, Martin H. Young, Jr., William P. Utt, and Cobalt International Energy, Inc. ("Cobalt") in the above-styled cause of action. My office address, telephone number, and fax number are: One Shell Plaza, 910 Louisiana Street, Houston, Texas 77002, telephone (713) 229-1767, facsimile (713) 229-2867.

2.  I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and all of the facts and statements contained herein are true and correct.

3.  Attached as **Exhibit 72** is a true and correct copy of Tom Burgis, *Angola's Vicente rejects corruption fears*, Financial Times, June 14, 2012.

4.   Attached as **Exhibit 73** is a true and correct copy of Joseph Allman & Kevin L. Kwan, *Cobalt International Energy, After Transfers to Sonangol, Uncertainty Remains*, J.P. Morgan Securities LLC, Aug. 28, 2014.

5.   Attached as **Exhibit 74** is a true and correct copy of the title and copyright page from Tom Burgis, THE LOOTING MACHINE (2015).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Executed on September 29th, 2015.

*/s/ Russell Lewis*
Russell Lewis