UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE COBALT INTERNATIONAL ENERGY, INC. SECURITIES LITIGATION

LEAD CASE NO. 4:14-cv-03428

EXHIBITS CITED IN THE COBALT DEFENDANTS'
REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

| Exhibit No. | Description | CAC Reference[1] |
|---|---|---|
| 72. | Tom Burgis, *Angola's Vicente Rejects Corruption Fears*, Financial Times, June 14, 2012, *cited in Reply as* 6/14/12 FT Article | Orig. Comp. ¶ 81; *see* Reply at 5 n.6. |
| 73. | Joseph Allman & Kevin L. Kwan, *Cobalt International Energy, After Transfers to Sonangol, Uncertainty Remains*, J.P. Morgan Securities LLC, Aug. 28, 2014, *cited in Reply as* 8/28/14 JP Morgan Report | ¶ 123 |
| 74. | Tom Burgis, THE LOOTING MACHINE, 2015 (excerpts), *cited in Reply as* Tom Burgis Book. | ¶ 70 |

---

[1] The CAC relies upon the Cobalt Defendants' exhibits in at least the CAC paragraphs listed in the third column.

# EXHIBIT 72



# FINANCIAL TIMES



June 14, 2012 3:00 pm

# Angola's Vicente rejects corruption fears

By Tom Burgis in Luanda

Share    Author alerts    Print    Clip                                          Comments

High above the relentless traffic of Luanda, Angola's capital, the man at the centre of the scramble for Africa's natural resources is just back from his morning jog.

Manuel Vicente has spent the past decade stewarding an oil industry that now accounts for one in every 50 barrels of world production, forging Angola's ties with China and building a personal portfolio that includes interests in banking and real estate. During 12 years as head of Sonangol, he transformed the state-owned oil company from the economic engine of the government's military campaign during three decades of civil war into the continent's foremost energy group, with assets from Iraq to Cuba and annual revenues of $34bn.



Mr Vicente graduated to Angola's political inner sanctum in January when he was appointed minister of state for economic co-ordination – fuelling expectations that he is the chosen successor of José Eduardo dos Santos, the country's authoritarian ruler since 1979. He swapped his office in Sonangol's gleaming 23-storey downtown headquarters for the hilltop villas of the acacia-lined presidential enclave.

To the government's critics, Mr Vicente embodies what Ricardo Soares de Oliveira, an Angola expert at Oxford university, calls "the privatisation of power". It is a model that fuses personal and state interests in the hands of a small ruling class that brooks little dissent. And it has brought the business interests of Angola's elite to the attention of US authorities. A corruption investigation has drawn attention to the role of little-known local partners with political connections in multibillion dollar Angolan oil ventures – as well as the role of Mr Vicente himself.

In a rare interview, Mr Vicente says the local partner policy is here to stay. He shrugs off concerns that it could leave US and European companies on the wrong side of anti-corruption laws at home.

"It is their problem, they have to resolve it," he tells the Financial Times. But he adds: "There is no

corruption in that. It's important that the world understands. The idea is to empower the locals and we'll keep doing that surely, within the [Angolan] law."

A genial engineer who studied at London's Imperial College before joining the oil ministry, Mr Vicente's leadership of Sonangol earned him a reputation for competence among the energy groups that pump Angola's 1.8m daily barrels of crude. Total, BP, Chevron, ExxonMobil and others have invested tens of billions of dollars to double Angola's output. It is a key source of crude for China and the US.

Since November, however, the US Securities and Exchange Commission and the Department of Justice have been formally investigating the Angolan operations of Houston-based Cobalt International Energy.

In February Cobalt, whose biggest shareholder is US investment bank Goldman Sachs, made one of the most promising oil finds of recent years deep under Angolan waters. In April the FT revealed that Mr Vicente and two senior generals had held previously concealed stakes in Nazaki Oil and Gás, Cobalt's local partner. At the time the venture was launched in 2010, Mr Vicente was running Sonangol, which awarded Cobalt its concession. US anti-corruption laws make it a crime to pay or offer anything of value to foreign officials to win business.

Mr Vicente says he was unaware that his investment company, Grupo Aquattro Internacional, had a stake in Nazaki. Aquattro pulled out of Nazaki after he realised this, he says. Nazaki, which has four other shareholders, did not respond to questions about its ownership.

"We are serious people," Mr Vicente says. "We know very well our job and we know very well our responsibility. And we've never worked against the law."

The minister concedes that, had he known about it, his indirect stake in Nazaki would have represented "a conflict of interests" with his leadership of Sonangol.

Michael Goldberg, a lawyer with Baker Botts representing Cobalt, says the company has spoken with Mr Vicente since the FT's revelations. The details of that conversation will be passed to the US agencies investigating the matter, he adds. "Based on our investigation into this entire matter, including our most recent findings, we are more convinced than ever that Cobalt has not violated any US or Angolan laws," Mr Goldberg says.

The SEC declined to comment on the progress of its investigation.

> The government is really serious, engaged in combating poverty. I'm a Christian guy. It doesn't work if you are OK and the people

With the US and European Union separately preparing rules that would oblige companies to disclose details of tax payments to governments, Angola's culture of secrecy poses a dilemma for foreign oil groups. "We're not forbidding people to do that [disclose details]," Mr Vicente says. "What we are telling the people [is]: 'Let's do it together.'"

> around have nothing to eat. You don't feel comfortable
>
> - Manuel Vicente, Angolan minister for economic co-ordination

Just when the US probe raises delicate questions for western investors, the alliance that Mr Vicente has forged with suitors from the east appears to be growing only stronger. Mr Vicente is a chief architect of a network that melds state and private interests from Angola and China into what analysts describe as the emerging force in the race for Africa's rich stocks of crude, metals and minerals.

Until recently Mr Vicente chaired China Sonangol, a Singapore-based joint venture between Sonangol and a band of private Hong Kong investors known as the 88 Queensway group. The 88 Queensway group owns China International Fund, which spearheads Angola's vast infrastructure programmes. The terms of CIF's contracts with the Angolan state are not publicly known. Mr Vicente has played a role in CIF's expansion, helping it secure its multibillion dollar minerals and infrastructure deal in 2009 with the repressive junta that ruled Guinea at the time. Mr Vicente says the CIF is "completely separate" from Angola's $10bn oil-for-infrastructure programme with the Chinese state.

China Sonangol, alone or in partnership with China's state-owned oil group Sinopec, has amassed Angolan oil interests. Most recently, it was granted minority stakes in two new oil exploration blocks awarded to Cobalt and BP in December, according to company announcements. The venture's position outside Sonangol means that it is subject to even less scrutiny than the opaque state oil group.

For all the clamour from foreign investors seeking a slice of Angola's oil wealth, the UN estimates that more than a quarter of the country's 18m people still live in extreme poverty, a decade after the civil war ended. Mr Vicente acknowledges what observers see as the most troubling development of Angola's postwar years: the widening gulf between a super-rich elite and the rest.

"The government is really serious, engaged in combating poverty," he says. "I'm a Christian guy. It doesn't work if you are OK and the people around have nothing to eat. You don't feel comfortable."

**RELATED TOPICS**  United States of America, China, Oil, Goldman Sachs Group Inc

 Share   Author alerts  Print  Clip   Comments


'Corbynomics' sparks economics debate


FirstFT - Fed holds rates, Fifa suspends secretary-general


FT verdict on Fed rate hold

**Printed from:** http://www.ft.com/cms/s/0/aecf02fe-b088-11e1-a79b-00144feabdc0.html

Print a single copy of this article for personal use. Contact us if you wish to print more to distribute to others.

© THE FINANCIAL TIMES LTD 2015 FT and 'Financial Times' are trademarks of The Financial Times Ltd.

# EXHIBIT 73

# J.P.Morgan

North America Equity Research
28 August 2014

## Cobalt International Energy

### After Transfers to Sonangol, Uncertainty Remains - ALERT

**Overweight**
CIE, CIE US
Price: $15.04
**27 August 2014**

Oil & Gas Exploration & Production / Natural Gas
**Joseph Allman, CFA** [AC]
(1-212) 622-4864
joseph.d.allman@jpmorgan.com
**Bloomberg** JPMA ALLMAN <GO>
**Kevin L Kwan**
(1-212) 622 0109
kevin.l.kwan@jpmorgan.com
J.P. Morgan Securities LLC

Cobalt filed an 8-K disclosing that it received documentation confirming that the Republic of Angola, through executive decrees, has transferred Nazaki Oil and Gas's and Alper Oil Limitada's Block 9 and 21 interests to Sonangol. Despite the fact that Nazaki and Alper no longer are Cobalt's partners, uncertainty for Cobalt over potential Foreign Corrupt Practices Act penalties remains.

- **Two Nazaki executive decrees.** We found four separate executive decrees from Angola's Ministry of Petroleum indicating that it was transferring Block 9 and Block 21 interests to Sonangol. Two of the decrees declare that Nazaki does not have "proven competence and financial capacity" to hold the blocks and that it repeatedly had not met its "economic and financial commitments." One Nazaki-related decree is for Block 9 and another separate decree is for Block 21, but both use the same language in the rationale for the transfers. These two Nazaki-related decrees give no indication about compensation to Nazaki for the transfer to Sonangol. The effective date of these two decrees is on or around August 26, 2014. It is curious that it took this long for the Ministry to figure out that Nazaki did not have the competence or financial capability to be a genuine partner.

- **Two Alper executive decrees.** The Alper-related decrees indicated that Alper decided to cede its 10% participating interest in Blocks 9 and 21 and that Sonangol exercised its right of first refusal. Interestingly, the effective date of these decrees is on or around March 25, 2014, more than five months ago, but we did not find any mention of this transfer in any of CIE's disclosures. In fact, in the 1Q14 10-Q, which the company filed on May 1, 2014, more than one month after the executive decree related to Alper, Cobalt still mentions Alper as a 10% working interest partner. This time lag is particularly interesting in that Cobalt was carrying Alper in its 10% interest.

- **Not sure if transfers help Cobalt's case.** Cobalt no longer will need to carry Alper's 10% interest and will recover its past carry payments from Sonangol's share of production revenues, but we are uncertain if these transfers help or hurt Cobalt's arguments related to FCPA. The transfers might confirm regulator suspicions about the nature of the relationship between the Angola government and Cobalt's partners.

**See page 2 for analyst certification and important disclosures.**
J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

www.jpmorganmarkets.com

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
28 August 2014

**J.P.Morgan**

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

**Important Disclosures**

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following company(ies) as clients: Cobalt International Energy.
- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-investment-banking, securities-related: Cobalt International Energy.
- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-securities-related: Cobalt International Energy.
- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Cobalt International Energy.

**Company-Specific Disclosures:** Important disclosures, including price charts, are available for compendium reports and all J.P. Morgan-covered companies by visiting https://jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 28-Apr-10 | OW | 11.98 | 20.00 |
| 12-Jul-10 | OW | 7.23 | 15.50 |
| 25-Oct-10 | OW | 9.36 | 16.50 |
| 25-Apr-11 | OW | 13.76 | 19.50 |
| 28-Jul-11 | OW | 13.20 | 22.50 |
| 26-Oct-11 | OW | 10.28 | 22.00 |
| 01-Nov-11 | OW | 10.32 | 21.50 |
| 19-Dec-11 | OW | 11.00 | 21.00 |
| 13-Feb-12 | OW | 31.93 | 32.50 |
| 19-Apr-12 | OW | 26.87 | 31.00 |
| 03-May-12 | OW | 24.75 | 30.50 |
| 20-Jul-12 | OW | 24.07 | 30.00 |
| 01-Aug-12 | OW | 25.04 | 29.50 |
| 18-Jan-13 | OW | 24.66 | 28.50 |
| 09-Apr-13 | OW | 28.48 | 31.50 |
| 10-Jul-13 | OW | 27.91 | 32.00 |
| 24-Jul-13 | OW | 28.53 | 32.50 |
| 05-Dec-13 | OW | 17.14 | 25.00 |
| 13-May-14 | OW | 17.82 | 23.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Apr 28, 2010.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
28 August 2014

J.P.Morgan

applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Allman, Joseph D**: Anadarko Petroleum (APC), Antero Resources Corporation (AR), Apache Corporation (APA), Approach Resources (AREX), Cabot Oil & Gas (COG), Chesapeake Energy (CHK), Cimarex Energy Co. (XEC), Cobalt International Energy (CIE), Concho Resources, Inc. (CXO), Continental Resources, Inc. (CLR), Denbury Resources Inc. (DNR), Devon Energy (DVN), EOG Resources, Inc. (EOG), EP Energy Corporation (EPE), EQT Corporation (EQT), EXCO Resources, Inc. (XCO), Goodrich Petroleum (GDP), Halcón Resources Corporation (HK), Jones Energy (JONE), Laredo Petroleum (LPI), Newfield Exploration Company (NFX), Noble Energy (NBL), PDC Energy (PDCE), Parsley Energy (PE), PetroQuest Energy, Inc. (PQ), Pioneer Natural Resources (PXD), QEP Resources (QEP), RSP Permian Inc. (RSPP), Range Resources Corp (RRC), SM Energy (SM), SandRidge Energy Inc. (SD), Southwestern Energy Company (SWN), Swift Energy Company (SFY), Ultra Petroleum Corp (UPL), WPX Energy (WPX), Whiting Petroleum Corporation (WLL)

**J.P. Morgan Equity Research Ratings Distribution, as of June 30, 2014**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 45% | 43% | 11% |
| IB clients* | 55% | 49% | 34% |
| JPMS Equity Research Coverage | 46% | 47% | 7% |
| IB clients* | 75% | 66% | 54% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at http://www.optionsclearing.com/publications/risks/riskstoc.pdf

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: J.P. Morgan Securities (Far East) Ltd, Seoul Branch, is regulated by the Korea Financial Supervisory Service. **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India**: J.P. Morgan India Private Limited

3

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
28 August 2014

J.P.Morgan

(Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231) and Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and is regulated by Securities and Exchange Board of India. Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 199/03/2014 and Co. Reg. No.: 199405335R] which is a member of the Singapore Exchange Securities Trading Limited and is regulated by the Monetary Authority of Singapore (MAS) and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) which is regulated by the MAS. This material is provided in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. is regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch and J.P.Morgan Chase Bank, N.A., Frankfurt Branch which are regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Japan:** There is a risk that a loss may occur due to a change in the price of the shares in the case of share trading, and that a loss may occur due to the exchange rate in the case of foreign share trading. In the case of share trading, JPMorgan Securities Japan Co., Ltd., will be receiving a brokerage fee and consumption tax (shouhizei) calculated by multiplying the executed price by the commission rate which was individually agreed between JPMorgan Securities Japan Co., Ltd., and the customer in advance. Financial Instruments Firms: JPMorgan Securities Japan Co., Ltd., Kanto Local Finance Bureau (kinsho) No. 82 Participating Association / Japan Securities Dealers Association, The Japan Securities Futures Association of Japan, Type II Financial Instruments Firms Association and Japan Investment Advisers Association. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Ltd, Seoul Branch. **Singapore:** JPMSS and/or its affiliates may have a holding in any of the securities discussed in this report; for securities where the holding is 1% or greater, the specific holding is disclosed in the Important Disclosures section above. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

Joseph Allman, CFA
(1-212) 622-4864
joseph.d.allman@jpmorgan.com

North America Equity Research
28 August 2014

J.P.Morgan

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised June 21, 2014.

**Copyright 2014 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

**EXHIBIT 74**

# THE LOOTING MACHINE

Warlords, Tycoons, Smugglers, and the Systematic Theft of Africa's Wealth

## TOM BURGIS



WILLIAM COLLINS

# Copyright

William Collins
An imprint of HarperCollins*Publishers*
1 London Bridge Street,
London SE1 9GF
WilliamCollinsBooks.com

This eBook first published in Great Britain by William Collins in 2015

Copyright © Tom Burgis 2015

Tom Burgis asserts the moral right to be identified as the author of this work.

A catalogue record for this book is available from the British Library.

Map © John Gilkes

Cover photographs © George Esiri/Reuters/Corbis (woman); Image Source/Alamy (map)

All rights reserved under International and Pan-American Copyright Conventions. By payment of the required fees, you have been granted the non-exclusive, non-transferable right to access and read the text of this e-book on-screen. No part of this text may be reproduced, transmitted, down-loaded, decompiled,

reverse engineered, or stored in or introduced into any information storage and retrieval system, in any form or by any means, whether electronic or mechanical, now known or hereinafter invented, without the express written permission of HarperCollins.

Source ISBN: 9780007523085
Ebook Edition © February 2015 ISBN: 9780007523115
Version: 2015-01-22