# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST FUND, ET AL., | : : : : | |
| Plaintiffs, | : : | Civ. A. No. 4:14-cv-03428 |
| - against - | : : | |
| JOSEPH H. BRYANT, ET AL., | : : | |
| Defendants. | : | |

## DEFENDANT KERN PARTNERS LTD.'S NOTICE OF CHANGE OF FIRM NAME

Please be advised that, effective January 1, 2016, defendant KERN Partners Ltd. has changed its name to ACM Ltd.

        Respectfully submitted,

        */s/ George T. Conway III*
        George T. Conway III
        NY Bar No. 2266880
        **ATTORNEY IN CHARGE**
        Adam D. Gold
        NY Bar No. 4880753
        Wachtell, Lipton, Rosen & Katz
        51 West 52nd St.
        New York, New York 10019
        (212) 403-1260
        gtconway@wlrk.com
        adgold@wlrk.com

        **AND**

        Ronald L. Oran Jr.
        TX Bar No. 24072268
        Strasburger & Price, LLP
        909 Fannin St., Suite 2300
        Houston, Texas 77010
        (713) 951-5600
        (713) 951-5660 *fax*
        Ron.oran@strasburger.com

*Attorneys for ACM Ltd.*

## CERTIFICATE OF SERVICE

     I, Ronald L. Oran Jr., hereby certify that on February 1, 2016, the foregoing instrument was electronically filed with the Clerk of the United States District Court for the Southern District of Texas using its CM/ECF system which would then electronically notify the CM/ECF participants in this case.

        */s/ Ronald L. Oran Jr.*
        Ronald L. Oran Jr.