United States District Court
Southern District of Texas
**ENTERED**
April 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE COBALT INTERNATIONAL ENERGY, INC. SECURITIES LITIGATION | Lead Case No. 4:14-cv-03428 (NFA) |

## AGREED DOCKET CONTROL ORDER

Anticipated Length of Trial: 21 Days                     Jury: X   Non-Jury:

The disposition of this case will be controlled by the following schedule:

1. (a) New Parties shall be joined by:                                                    January 16, 2017
       (The attorney causing the addition of new parties must
       provide copies of this Order to new parties).

   (b) Amendments to Pleadings by Plaintiff or Counter-                        January 30, 2017
       Plaintiff shall be filed by:
       (Absent parties' agreement or Court approval, answers
       may not be amended more than 21 days after this date.
       Answers to amended claims and counterclaims are due
       21 days after amended claims or counterclaims are filed).

2. Cobalt Defendants will substantially complete (i.e. use best                  May 27, 2016
   efforts in good faith to complete) production of documents in
   response to Plaintiffs' First Request for Production (subject to
   and without waiving objections/privilege assertions made to
   Plaintiffs' First Request for Production); documents will be
   produced on a rolling basis; to the extent additional
   responsive documents are located after the deadline, they will
   be produced promptly.

| | | |
|---|---|---|
| 3. | Six (6) Underwriter Defendants and two (2) Sponsor Defendants (one of which may be, for purposes of this deadline, The Carlyle Group, L.P.) will substantially complete (i.e. use best efforts in good faith to complete) their production of documents in response to Plaintiffs' First Request for Production (subject to and without waiving objections/privilege assertions made to Plaintiffs' First Request for Production); documents will be produced on a rolling basis; to the extent additional responsive documents are located after the deadline, they will be produced promptly. | August 1, 2016 |
| 4. | Parties will submit a report on the status of discovery. | August 2, 2016 |
| 5. | Parties will substantially complete (i.e. use best efforts in good faith to complete) document productions to outstanding document requests served at least 45 days prior to the date; documents will be produced on a rolling basis; to the extent additional responsive documents are located after the deadline, they will be produced promptly; the parties are permitted to serve additional document requests after this date subject to item no. 9. | September 29, 2016 |
| 6. | Plaintiffs will file their class certification motion. | November 2, 2016 |
| 7. | Defendants will file their class certification opposition. | December 9, 2016 |
| 8. | Plaintiffs will file their class certification reply. | January 16, 2017 |
| 9. | Fact discovery must be completed. Written discovery and document requests are not timely if they are served at a time where the recipient would not be required under the Federal Rules of Civil Procedure to respond until after this deadline. | May 25, 2017 |
| 10. | Expert reports due for party or parties who bear the burden of proof on issues. | June 28, 2017 |
| 11. | Expert reports due for party or parties who do not bear the burden of proof on issues. | August 9, 2017 |
| 12. | Rebuttal reports by existing experts to reports by party or parties who bear the burden of proof on issues. | September 8, 2017 |
| 13. | Expert discovery cut-off. | October 20, 2017 |
| 14. | Daubert/Summary judgment motions will be filed. | November 15, 2017 |

| | | |
|---|---|---|
| 15. | Daubert/Summary judgment oppositions will be filed (parties may file their oppositions on a rolling basis after November 15, 2017). | December 19, 2017 |
| 16. | Daubert/Summary judgment replies will be filed (or four (4) weeks following applicable opposition is filed on a rolling basis). | January 17, 2018 |
| 17. | Joint Pre-Trial Order will be filed (or two (2) weeks following a ruling on all summary judgment motions, whichever is later).  Plaintiffs are responsible for timely filing the complete Joint Pre-trial Order. | April 2, 2018 |
| 18. | Mediation/ADR: __X__ Required; _____ Strongly suggested; _____ Parties' option.<br>ADR to be completed by: | April 17, 2018 |
| 19. | Docket Call is held in Courtroom 9-F at 2:30 p.m. on the date listed here.  Absent parties' agreement, no documents filed within 5 days before the Docket Call will be considered as Docket Call without prior permission of the Court to late file. | April 17, 2018 |

April 19, 2016
**Date**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

**APPROVAL REQUESTED:**

*/s/ Andrew J. Entwistle*                                  April 18, 2016
Counsel for Plaintiffs                                              Date


*/s/ David D. Sterling*                                      April 18, 2016
Counsel for Cobalt Defendants                              Date


*/s/ Noelle M. Reed*                                         April 18, 2016
Counsel for Underwriter Defendants                       Date


*/s/ George T. Conway*                                     April 18, 2016
Counsel for Sponsor Defendants                            Date

3

*/s/ Robert A. Van Kirk*                                                 April 18, 2016
Counsel for The Carlyle Group, L.P.                         Date