**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE COBALT INTERNATIONAL ENERGY, INC. SECURITIES LITIGATION | Lead Case No. 4:14-cv-03428 |

## JOSEPH H. BRYANT'S AGREED MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Joseph H. Bryant moves to substitute his attorneys of record as follows:

1. Mr. Bryant requests that QUINN EMANUEL URQUHART & SULLIVAN, LLP be substituted as counsel for Mr. Bryant in the above-referenced matter and that the following attorneys be added to any electronic notices, with Karl Stern designated as attorney-in-charge.

Karl Stern
Texas Bar No. 19175665
karlstern@quinnemanuel.com

David Gerger
Federal Bar No. 10078
Texas Bar No. 07816360
davidgerger@quinnemanuel.com

Emily Smith
Texas Bar No. 24083876
emilysmith@quinnemanuel.com

2. Mr. Bryant requests that BAKER BOTTS LLP be permitted to withdraw as counsel of record. BAKER BOTTS will remain counsel of record for James W. Farnsworth; John P. Wilkirson; Peter R. Coneway; Henry Cornell; Jack E. Golden; N. John Lancaster; Jon A. Marshall; Kenneth W. Moore; J. Hardy Murchison; Michael G. France; Kenneth A. Pontarelli; Scott L. Lebovitz;

Myles W. Scoggins; D. Jeff Van Steenbergen; Martin H. Young, Jr.; William P. Utt; and Cobalt International Energy, Inc.

3. Mr. Bryant does not seek substitution of his attorneys for purposes of delay, but rather so that justice may be done.

4. Mr. Bryant approves of this substitution.

5. Mr. Bryant conferred with counsel for Plaintiffs, and they have consented to this substitution.

Date:  September 21, 2016

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

By: /s/ Karl Stern
    Karl Stern
    *Attorney-in-charge*
    Texas Bar No. 19175665
    David Gerger
    Federal Bar No. 10078
    Texas Bar No. 07816360
    Emily Smith
    Texas Bar No. 24083876
    711 Louisiana St., Suite 500
    Houston, Texas 77002
    Telephone:  (713) 221-7000
    Facsimile:  (713) 221-7100
    karlstern@quinnemanuel.com
    davidgerger@quinnemanuel.com
    emilysmith@quinnemanuel.com

**COUNSEL FOR DEFENDANT JOSEPH H. BRYANT**

APPROVED:

**BAKER BOTTS LLP**

By: /s/David D. Sterling
    David D. Sterling
    Texas Bar No. 19170000
    Federal I.D. No. 07079
    Danny David
    Texas Bar No. 24028267
    Russell Lewis
    Texas Bar No. 24036968
    Federal I.D. No. 569523
    Amy Pharr Hefley
    Texas Bar No. 24046046
    One Shell Plaza
    910 Louisiana St.
    Houston, Texas 77002
    Tel: (713) 229-1234
    Fax: (713) 229-1522
    david.sterling@bakerbotts.com
    danny.david@bakerbotts.com
    russell.lewis@bakerbotts.com
    amy.hefley@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was served electronically on all counsel of record on September 21, 2016.

/s/ Emily Smith
Emily Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for the Plaintiffs, and that counsel consented to the foregoing Motion.

/s/ Emily Smith
Emily Smith