United States District Court
Southern District of Texas
**ENTERED**
December 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE COBALT INTERNATIONAL ENERGY, INC. SECURITIES LITIGATION | § § § § | CIVIL ACTION NO. H-14-3428 |

## ORDER

The Court has been advised that Cobalt International Energy, Inc. ("Cobalt") has filed a voluntary petition in the United States Bankruptcy Court in the Southern District of Texas.  *See* Suggestion of Bankruptcy [Doc. # 304].  Accordingly, it is hereby

**ORDERED** that all claims against Cobalt are **STAYED** in accordance with 11 U.S.C. § 362(a)(1).  It is further

**ORDERED** that all upcoming deadlines in this case are **VACATED.**

SIGNED at Houston, Texas, this **15th** day of **December, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2014\3428BRStay.wpd   171215.1517