# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE COBALT INTERNATIONAL ENERGY, INC. SECURITIES LITIGATION, | Lead Case No. 4:14-cv-3428 (NFA) <br><br> **CLASS ACTION** <br><br> Hon. Nancy F. Atlas |

## NOTICE OF REQUEST OF VOLUNTARY DISMISSAL OF DEFENDANT COBALT INTERNATIONAL ENERGY, INC.

NOTICE IS HEREBY GIVEN that Plaintiffs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, request dismissal of their action against Defendant Cobalt International Energy, Inc. ("Cobalt"). In support of which, Plaintiffs state as follows:

1. Plaintiffs' claims against Cobalt have been stayed in accordance with 11 U.S.C. § 362(a)(1) of the Bankruptcy Code. *See* ECF No. 305.

2. This Court has the authority to dismiss Plaintiffs' claims against Cobalt under Rule 41 of the Federal Rules of Civil Procedure. *See Arnold v. Garlock Inc.*, 288 F.3d 234, 237 (5th Cir. 2002) ("The district courts in the instant cases were similarly entitled to dismiss the debtor on the plaintiffs' motions as a matter consistent with the terms of § 362(a) and the effective management of their dockets."); *Villarreal v. City of Laredo*, 2007 WL 2900572, at *5 (S.D. Tex. Sept. 28, 2007) ("The prohibition under Section 362 against further proceedings is not absolute, and . . . this general rule is not a bar to voluntary dismissal of the remaining claims against [defendant in bankruptcy].")

3. This voluntary dismissal does not dismiss the claims against any of the other Defendants.

Plaintiffs therefore request that the Court dismiss their claims without prejudice against Defendant Cobalt International Energy, Inc. pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. A proposed order is attached.

Dated: December 22, 2017

**ENTWISTLE & CAPPUCCI LLP**

By: */s/Andrew J. Entwistle*
Andrew J. Entwistle
(Texas Bar No. 24038131)
Vincent R. Cappucci (admitted *pro hac vice*)
Jonathan H. Beemer (admitted *pro hac vice*)
299 Park Avenue, 20th Floor
New York, NY 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
E-mail: aentwistle@entwistle-law.com
E-mail: vcappucci@entwistle-law.com
E-mail: jbeemer@entwistle-law.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
David R. Stickney (admitted *pro hac vice*)
Jonathan D. Uslaner (admitted *pro hac vice*)
Brandon Marsh (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130-3582
Telephone: (858) 793-0070
Facsimile: (858) 793-0323
E-mail: davids@blbglaw.com
E-mail: jonathanu@blbglaw.com
E-mail: brandon.marsh@blbglaw.com

*Counsel for Lead Plaintiffs and Co-Lead Counsel for the Class*

**AJAMIE LLP**
Thomas R. Ajamie
(Texas Bar No. 00952400)
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
E-mail: tajamie@ajamie.com

*Liaison Counsel for the Class*

**MOTLEY RICE LLC**
Christopher Moriarty
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9245
Facsimile: (843) 216-9450
E-Mail: cmoriarty@motleyrice.com

*Counsel for Plaintiff Universal Investment Gesellschaft m.b.H.*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Johnston de Forest Whitman, Jr.
(*Pro Hac Vice* granted)
Naumon A. Amjed
(*Pro Hac Vice* granted)
Joshua Materese
(*Pro Hac Vice* forthcoming)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
E-Mail: jwhitman@ktmc.com
E-Mail: namjed@ktmc.com
E-Mail: jmaterese@ktmc.com

*Counsel for Plaintiff Sjunde AP-Fonden*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
Bonni Jensen
10059 Northwest 1st Court
Plantation, FL 33324
Telephone: (954) 916-1202
Facsimile: (954) 916-1232

*Additional Counsel for St. Lucie County Fire District Firefighters' Pension Trust Fund*

**MARTIN & DROUGHT, P.C.**
Gerald T. Drought
Frank B. Burney
300 Convent St.
Bank of America Plaza, 25th Floor
San Antonio, TX 78205-3789
Telephone: (210) 227-7591
Facsimile: (210) 227-7924

*Additional Counsel for Fire and Police Retiree Health Care Fund, San Antonio*