United States District Court
Southern District of Texas
**ENTERED**
December 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE COBALT INTERNATIONAL | § | |
| ENERGY, INC. SECURITIES | § | CIVIL ACTION NO. H-14-3428 |
| LITIGATION | § | |

## ORDER

It is hereby **ORDERED** that any opposition to Plaintiffs' Notice of Request of

Voluntary Dismissal of Defendant Cobalt International Energy, Inc. [Doc. # 306] must

be filed by **January 12, 2018**.  Any reply must be filed by **January 16, 2018**.

SIGNED at Houston, Texas, this **27th** day of **December, 2017.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE