UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE COBALT INTERNATIONAL ENERGY, INC. SECURITIES LITIGATION | LEAD CASE NO. 4:14-cv-3428 |

**THE COBALT DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF REQUEST OF VOLUNTARY DISMISSAL OF DEFENDANT COBALT INTERNATIONAL ENERGY, INC.**

On December 22, 2017, Plaintiffs filed their Notice of Request of Voluntary Dismissal of Defendant Cobalt International Energy, Inc. (the "Notice"). [Doc. #306]  Plaintiffs seek to dismiss Cobalt International Energy, Inc. ("Cobalt") pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Rule 41(a) provides that, a plaintiff may voluntarily dismiss an action (1) by filing a "stipulation of dismissal signed by all parties who have appeared"; or (2) by "court order, on terms that the court considers proper." FED. R. CIV. P. 41(a).

The Cobalt Defendants are unopposed to the dismissal of Cobalt. However, the Cobalt Defendants note that Plaintiffs' Notice fails to address the specific requirements of Rule 23(e) of the Federal Rules of Civil Procedure, which apply to class actions.  On June 15, 2017, the Court granted Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.  [Doc. #163]  Pursuant to Rule 23(e), prior to any voluntary dismissal of the claims, issues, or defenses of a certified class, "the [C]ourt must direct notice in a reasonable manner to all class members who would be bound by the [dismissal]" and "may approve [the dismissal] only

36865011

after a hearing and on findings that it is fair, reasonable, and adequate." FED. R. CIV. P. 23(e).

Consequently, the Cobalt Defendants respectfully request that any dismissal of Cobalt be effectuated pursuant the Federal Rules of Civil Procedure, including the requirements of Rule 23(e).

Date: January 12, 2018

Respectfully submitted,

**BAKER BOTTS L.L.P.**

*Of Counsel*:
Danny David
Texas Bar No. 24028267
Russell Lewis
Texas Bar No. 24036968
Federal I.D. No. 569523
Amy Pharr Hefley
Texas Bar No. 24046046
Paul Elliott
Texas Bar No. 06547500
Federal I.D. No. 12867
**BAKER BOTTS L.L.P.**
One Shell Plaza
910 Louisiana St.
Houston, Texas 77002
Tel: (713) 229-1234
Fax: (713) 229-1522
danny.david@bakerbotts.com
russell.lewis@bakerbotts.com
amy.hefley@bakerbotts.com
paul.elliott@bakerbotts.com

By: /s/David D. Sterling
    David D. Sterling
    *Attorney-In-Charge*
    Texas Bar No. 19170000
    Federal I.D. No. 07079
    One Shell Plaza
    910 Louisiana St.
    Houston, Texas 77002
    Tel: (713) 229-1946
    Fax: (713) 229-7946
    david.sterling@bakerbotts.com

*Counsel for Defendants James W. Farnsworth, John P. Wilkirson, Peter R. Coneway, Henry Cornell, Jack E. Golden, N. John Lancaster, Jon A. Marshall, Kenneth W. Moore, J. Hardy Murchison, Michael G. France, Kenneth A. Pontarelli, Scott L. Lebovitz, Myles W. Scoggins, D. Jeff Van Steenbergen, Martin H. Young, Jr., William P. Utt, and Cobalt International Energy, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing Response to Plaintiffs' Notice of Request of Voluntary Dismissal of Defendant Cobalt International Energy, Inc. was served electronically on all counsel of record this 12th day of January, 2018.

                                       */s/ David D. Sterling*
                                       David D. Sterling

36865011