United States District Court
Southern District of Texas
**ENTERED**
January 24, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE COBALT INTERNATIONAL | § | |
| ENERGY, INC. SECURITIES | § | CIVIL ACTION NO. H-14-3428 |
| LITIGATION | § | |

## **ORDER**

This securities fraud case is before the Court on Plaintiffs' Request for Voluntary Dismissal of Defendant Cobalt International Energy, Inc. ("Cobalt") [Doc. # 306], to which the Cobalt Defendants' filed a Response [Doc. # 310], in which Defendant Joseph H. Bryant joined [Doc. # 311]. Plaintiffs filed a Reply [Doc. # 312]. The request is **denied without prejudice**.

Rule 23(e) of the Federal Rules of Civil Procedure requires the Court to follow certain procedures prior to allowing a voluntary dismissal in a class action. The first requirement is that the Court "direct notice in a reasonable manner to all class members who would be bound by the proposal." *See* Fed. R. Civ. P. 23(e)(1). The Court finds that publication on Business Wire of a press release is a reasonable manner to provide notice to class members of the proposed to dismiss voluntarily all claims against Cobalt. Accordingly, it is hereby

**ORDERED** that the Request for Voluntary Dismissal of Defendant Cobalt International Energy, Inc. [Doc. # 306] is **DENIED WITHOUT PREJUDICE** to

being reurged following notice to all class members through publication of a press release on *Business Wire*. In order to allow time for any class member to object to the proposed voluntary dismissal, it is further

**ORDERED** that the press release must advise the class members that any objection to the proposed dismissal of Cobalt must be filed within 30 days after publication. Plaintiffs may reurge their Request for Voluntary Dismissal no earlier than 31 days after the publication on *Business Wire*.

SIGNED at Houston, Texas, this **24th** day of **January, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE