## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE COBALT INTERNATIONAL
ENERGY, INC. SECURITIES LITIGATION

Lead Case No. 4:14-cv-3428 (NFA)

## NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS AND PLAN OF ALLOCATION

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and upon (a) the Joint Declaration of Andrew J. Entwistle and David R. Stickney in Support of (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlements and Plan of Allocation, and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (b) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlements and Plan of Allocation; and (c) all other papers and proceedings herein, Lead Plaintiffs will, and do hereby, move this Court, before the Honorable Nancy F. Atlas, on February 13, 2019 at 10:00 a.m. at the United States Courthouse, 515 Rusk Street, Houston, TX 77002 or at such other location and time as set by the Court, for entry of the:

1) Judgment Approving Class Action Settlement with the Sponsor Defendants, the Sponsor Designee Defendants and Goldman Sachs & Co. LLC, attached as Exhibit A to the accompanying Memorandum of Law;

2) Judgment Approving Class Action Settlement Among the Plaintiffs, Cobalt Individual Defendants, and Nader Tavakoli, Solely Acting as Plan

Administrator on Behalf of the Cobalt Defendants, attached as Exhibit B to the accompanying Memorandum of Law;

3) Judgment Approving Class Action Settlement Between Plaintiffs and Underwriter Defendants Other Than Goldman Sachs & Co. LLC, attached as Exhibit C to the accompanying Memorandum of Law; and

4) [Proposed] Order Approving Plan of Allocation of Net Settlement Fund, attached as Exhibit D to the accompanying Memorandum of Law.

Dated: January 9, 2019

Respectfully submitted,

**ENTWISTLE & CAPPUCCI LLP**

By: */s/ Andrew J. Entwistle*

Andrew J. Entwistle
(Texas Bar No. 24038131)
Vincent R. Cappucci (admitted *pro hac vice*)
Jonathan H. Beemer (admitted *pro hac vice*)
299 Park Avenue, 20th Floor
New York, NY 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
E-mail: aentwistle@entwistle-law.com
E-mail: vcappucci@entwistle-law.com
E-mail: jbeemer@entwistle-law.com

*Counsel for Lead Plaintiffs GAMCO Funds and Co-Lead Counsel for the Settlement Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ David R. Stickney*

David R. Stickney (admitted *pro hac vice*)
Jonathan D. Uslaner (admitted *pro hac vice*)
Brandon Marsh (admitted *pro hac vice*)

2

12481 High Bluff Drive, Suite 300
San Diego, CA 92130-3582
Telephone: (858) 793-0070
Facsimile: (858) 793-0323
E-mail: davids@blbglaw.com
E-mail: jonathanu@blbglaw.com
E-mail: brandon.marsh@blbglaw.com

*Counsel for Plaintiffs St. Lucie County Fire District Firefighters' Pension Trust Fund and Fire and Police Retiree Health Care Fund, San Antonio and Co-Lead Counsel for the Settlement Class*

**AJAMIE LLP**

Thomas R. Ajamie
(Texas Bar No. 00952400)
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699
E-mail: tajamie@ajamie.com

*Liaison Counsel for the Settlement Class*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Johnston de Forest Whitman, Jr.
(admitted *pro hac vice*)
Naumon A. Amjed
(admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056
E-Mail:  jwhitman@ktmc.com
E-Mail:  namjed@ktmc.com

*Counsel for Plaintiff Sjunde AP-Fonden*

3

**MOTLEY RICE LLC**
Christopher Moriarty (admitted *pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9245
Facsimile: (843) 216-9450
E-Mail:  cmoriarty@motleyrice.com

*Counsel for Plaintiff Universal Investment*
*Gesellschaft m.b.H.*

## CERTIFICATE OF SERVICE

I certify that on January 9, 2019, the foregoing was filed with Clerk of the Court through the Court's ECF system, which will cause the document to be served upon all counsel of record.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle