# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE COBALT INTERNATIONAL ENERGY, INC. SECURITIES LITIGATION

Lead Case No. 4:14-cv-3428 (NFA)

**NOTICE PURSUANT TO 28 U.S.C. § 1715 OF PROPOSED SETTLEMENT**

TO THE PERSONS LISTED ON EXHIBIT A:

Pursuant to 28 U.S.C. § 1715, enacted as a component of the Class Action Fairness Act of 2005 ("CAFA"), on behalf of The Goldman Sachs Group, Inc., Riverstone Holdings LLC, FRC Founders Corporation (f/k/a First Reserve Corporation), ACM Ltd. (f/k/a KERN Partners Ltd.), and The Carlyle Group, L.P. (collectively, the "Sponsor Defendants"); Peter R. Coneway, Henry Cornell, Michael G. France, N. John Lancaster, Scott L. Lebovitz, Kenneth W. Moore, J. Hardy Murchison, Kenneth A. Pontarelli, and D. Jeff van Steenbergen (collectively, the "Sponsor Designee Defendants"); and Goldman Sachs & Co. LLC (f/k/a Goldman, Sachs & Co.) ("GS&Co.," and together with the Sponsor Defendants and the Sponsor Designee Defendants, the "Settling Defendants"), we hereby notify you of a proposed settlement (the "Settlement") between the Settling Defendants and the Court-appointed lead plaintiffs, GAMCO Global Gold, Natural Resources & Income Trust and GAMCO Natural Resources, Gold & Income Trust (together, "Lead Plaintiffs"), and plaintiffs St. Lucie County Fire District Firefighters' Pension Trust Fund, Fire and Police Retiree Health Care Fund, San Antonio, Sjunde AP-Fonden, and Universal Investment

Gesellschaft m.b.H. (collectively, with Lead Plaintiffs, "Plaintiffs" and together with the Settling Defendants, the "Settling Parties") in the above-referenced class action (the "Action"), which consolidated the actions in *St. Lucie County Fire District Firefighters' Pension Trust Fund et al.* v. *Bryant et al.* (No. 4:14-cv-03428), *Newman* v. *Cobalt International Energy, Inc. et al.* (No. 4:14-cv-03488), and *Ogden* v. *Bryant et al.* (No. 4:15-cv-00139), in the United States District Court for the Southern District of Texas (the "Court").

The Action is a class action brought on behalf of all persons and entities who or which purchased or otherwise acquired common stock or convertible senior notes of Cobalt International Energy, Inc. ("Cobalt") between March 1, 2011 and November 3, 2014, inclusive (the "Class Period"), and were damaged thereby (the "Settlement Class"). Included within the Settlement Class are all persons and entities who purchased or otherwise acquired shares of Cobalt common stock on the open market and/or pursuant or traceable to the registered public offerings on or about (i) February 23, 2012; (ii) January 16, 2013; and (iii) May 8, 2013.  Also included within the Settlement Class are all persons and entities who purchased or otherwise acquired Cobalt convertible senior notes on the open market and/or pursuant or traceable to registered public offerings on or about (i) December 12, 2012; and (ii) May 8, 2014.

Excluded from the Settlement Class are Defendants; the officers and directors of Defendants during the Class Period (the "Excluded Officers and Directors"); members of the Immediate Family of the Individual Defendants and of the Excluded Officers and Directors; any entity in which any Defendant, any Excluded Officer or Director, or any of

their respective Immediate Family Members has, and/or had during the Class Period, a controlling interest; Defendants' liability insurance carriers; any affiliates, parents, or subsidiaries of the corporate Defendants; all corporate Defendants' plans that are covered by ERISA; and the legal representatives, heirs, agents, affiliates, successors-in-interest or assigns of any excluded person or entity, in their respective capacity as such; *provided* that any Investment Vehicle[1] shall not be deemed an excluded person or entity by definition. Also excluded from the Settlement Class are any persons and entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court.

The Action arose out of Cobalt's alleged material misstatements and omissions in SEC filings and securities offering materials during the Class Period concerning, among other things: (i) the alleged ownership by Angolan government officials of members of the contractor groups for Angolan Blocks 9 and 21; and (ii) the oil content of Cobalt's Lontra and Loengo wells in Angolan Blocks 20 and 9, respectively.

After extensive arm's length negotiations facilitated by former United States District Judge Layn R. Phillips, acting as mediator, the Settling Parties entered into the Settlement, the terms of which are set forth in a stipulation (the "Stipulation") that was

---

[1] "Investment Vehicle" means any investment company or pooled investment fund, including, but not limited to, mutual fund families, exchange-traded funds, fund of funds, and hedge funds, in which any of the Settling Defendants have, has, or may have a direct or indirect interest, or as to which any of their respective affiliates may act as an investment advisor but of which any of the Settling Defendants or any of their respective affiliates is not a majority owner or does not hold a majority beneficial interest. This definition of Investment Vehicle does not bring into the Settlement Class any of the Settling Defendants themselves, including the Affiliated Funds (as defined in the Stipulation contained in the enclosed CD), or any other investment company, pooled investment fund or other investment entity managed by the Sponsor Defendants.

filed with the Court on October 12, 2018. If the Court preliminarily approves the Settlement, the Court will conduct a hearing to consider whether to give final approval to the Settlement, and will direct that notice of the hearing be sent to members of the class proposed to be bound by the Settlement. If and when the Settlement becomes effective, it will resolve all claims that were or could have been asserted against the Settling Defendants in the Action, in accordance with the terms of the Stipulation.

In accordance with, and in satisfaction of, the notice requirements of 28 U.S.C. §§ 1715(b), (c)(1):

*1. Complaints (28 U.S.C. § 1715(b)(1))*

Please find on the enclosed CD the following complaints in the Action and any materials filed with the complaints:

> A. Complaint, *St. Lucie County Fire District Firefighters' Pension Trust Fund et al.* v. *Bryant et al.*, No. 4:14-cv-03428 (S.D. Tex.) (filed on November 30, 2014)
>
> B. Complaint, *Newman* v. *Cobalt International Energy, Inc. et al.*, No. 4:14-cv-03488 (S.D. Tex.) (filed on December 5, 2014)
>
> C. Complaint, *Ogden* v. *Bryant et al.*, No. 4:15-cv-00139 (S.D. Tex.) (filed on January 16, 2015)
>
> D. Consolidated Amended Class Action Complaint, *In re Cobalt International Energy, Inc. Securities Litigation*, Lead Case No. 4:14-cv-3428 (S.D. Tex.) (filed on May 1, 2015)
>
> E. Second Consolidated Amended Class Action Complaint, *In re Cobalt International Energy, Inc. Securities Litigation*, Lead Case No. 4:14-cv-3428 (S.D. Tex.) (filed on March 15, 2017)

These complaints and any materials filed with the complaints, as well as all other filings in the Action, may also be accessed online via the federal Public Access to Court Electronic Records ("PACER") system, available at http://www.pacer.gov/.

2.   *Scheduled Hearings (28 U.S.C. § 1715(b)(2))*

As of the date of this notice, the Court has set a hearing on plaintiffs' motion for preliminary approval for November 1, 2018 at 10:00 a.m., and has ordered that any hearing on final approval be held on January 28, 2019 at 10:00 a.m. Copies of the notices setting these hearing dates are included on the enclosed CD.

3.   *Notification to Class Members (28 U.S.C. § 1715(b)(3))*

Please find on the enclosed CD a copy of the executed Stipulation, which includes the following exhibits:

A. [Proposed] Order Preliminarily Approving Settlement with the Sponsor Defendants, the Sponsor Designee Defendants and Goldman Sachs & Co. LLC and Providing for Notice (Exhibit A);

B. Notice of (I) Pendency of Class Action and Proposed Settlement with the Sponsor Defendants, the Sponsor Designee Defendants and Goldman Sachs & Co. LLC; (II) Settlement Fairness hearing; and (III) Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses (Exhibit A-1);

C. Proof of Claim and Release Form (Exhibit A-2);

D. Summary Notice of (I) Pendency of Class Action and Proposed Settlement with the Sponsor Defendants, the Sponsor Designee Defendants and Goldman Sachs & Co. LLC; (II) Settlement Fairness hearing; and (III) Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses (Exhibit A-3)

E. Judgment Approving Class Action Settlement with the Sponsor Defendants, the Sponsor Designee Defendants and Goldman Sachs & Co. LLC (Exhibit B).

4.     *Class Action Settlement Agreement (28 U.S.C. § 1715(b)(4))*

As described above, the enclosed CD contains a copy of the executed Stipulation and its accompanying exhibits.

5.     *Other Agreements (28 U.S.C. § 1715(b)(5))*

In connection with the conduct of discovery in the Action, the Court entered a Stipulation and Protective Order dated April 7, 2016. Please find on the enclosed CD a copy of the Stipulation and Protective Order.

Plaintiffs and the Settling Defendants entered into a confidential Supplemental Agreement, which is referenced in paragraph 38 of the Stipulation, which was not filed with the Court. As described in the Stipulation, the purpose of the Supplemental Agreement is to provide the Sponsor Defendants and GS&Co. with the option to terminate the Settlement if Settlement Class Members requesting exclusion from the Settlement Class meet the conditions set forth in the Supplemental Agreement. It is customary for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with such litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." FED. JUDICIAL CTR., MANUAL FOR COMPLEX LITIGATION (4th ed.) § 21.631.

Other than the Stipulation and the Supplemental Agreement, there are no other agreements contemporaneously made between class counsel and counsel for the Settling Defendants concerning the Settlement of the Action.

6. *Final Judgment/Notice of Dismissal (28 U.S.C. § 1715(b)(6))*

As of the date of this notice, the Court has issued no final judgment or notice of dismissal as to the claims proposed to be settled by the Settling Defendants.

7. *Information Regarding Class Members (28 U.S.C. § 1715(b)(7))*

A large portion of the outstanding securities of Cobalt are registered to brokers holding the securities in omnibus accounts for underlying beneficial owners whose names and residence (and other) information is unknown to the Settling Defendants or any other defendant in this Action. As a result, the Settling Defendants do not have information that would permit them to provide the names of class members who reside in each state, a reasonable estimate of the number of class members residing in any state, or the estimated proportionate share of the claims of the class members in any state.

8. *Written Judicial Opinions (28 U.S.C. § 1715(b)(8))*

As of the date of this notice, no written judicial opinions have been issued relating to the settlement materials referenced above or the materials described in 28 U.S.C. § 1715(b)(3)-(6). The Court issued the following opinions in the Action: (1) an opinion on defendants' motions to dismiss the Consolidated Amended Class Action Complaint on January 19, 2016; (2) an opinion denying defendants' motions to certify for interlocutory appeal on March 14, 2016; (3) an opinion on plaintiffs' motion for leave to file a second amended complaint on March 10, 2017; (4) an opinion on the Sponsor Defendants' motions to dismiss Count III of the Second Consolidated Amended Class Action Complaint on June 15, 2017; (5) an opinion on plaintiffs' motion for class certification on

June 15, 2017; and (6) an opinion on defendants' motions to stay discovery pending appeal of class certification and for reconsideration of the Court's class certification decision on August 23, 2017. Those opinions are available on PACER and do not relate to the materials described in 28 U.S.C. § 1715(b)(3)-(6).

<div style="text-align:center">*     *     *</div>

The foregoing information is provided based on information currently available to the Settling Defendants and their counsel, and the status of the proceedings at the time of the submission of this notification. The Settling Defendants will provide updated information concerning the Settlement upon request. This notice is given pursuant to 28 U.S.C. § 1715. Subsection 1715(f) provides, "[n]othing in this section shall be construed to expand the authority of, or impose any obligations, duties, or responsibilities upon, Federal or State officials."

If you have any questions about this notice, the Action, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the attorneys for the Settling Defendants identified below.

Dated: October 19, 2018

<div style="margin-left:50%">
WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ George T. Conway III  
    George T. Conway III  
51 West 52nd Street  
New York, NY 10019  
Telephone: (212) 403-1000  
Facsimile: (212) 403-2000
</div>

*Counsel for Defendants The Goldman Sachs Group, Inc., Riverstone Holdings LLC, FRC Founders Corporation, ACM Ltd., and, for purposes of this Settlement, the Sponsor Designee Defendants*

WILLIAMS & CONNOLLY LLP

By: /s/ Robert Van Kirk
Robert A. Van Kirk
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Counsel for Defendant The Carlyle Group, L.P.*

DOBROWSKI, LARKIN & JOHNSON L.L.P.

By: /s/ Paul J. Dobrowski
Paul J. Dobrowski
4601 Washington Avenue, Suite 300
Houston, TX 77007
Telephone: (713) 659-2900
Facsimile: (713) 659-2908

*Counsel for Defendant Goldman Sachs & Co. LLC*

# Exhibit A

Jefferson B. Sessions III
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Steve Marshall
Attorney General of Alabama
Office of the Attorney General
P.O. Box 300152
Montgomery, AL 36130-0152

Jahna Lindemuth
Attorney General of Alaska
Office of the Attorney General
1031 West 4th Ave., Suite 200
Anchorage, AK 99501-5903

Mark Brnovich
Attorney General of Arizona
Office of the Attorney General
2005 N Central Ave.
Phoenix, AZ 85004-1592

Leslie Rutledge
Attorney General of Arkansas
Office of the Attorney General
323 Center St., Suite 200
Little Rock, AR 72201-2605

CAFA Coordinator
Consumer Law Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7020

Cynthia H. Coffman
Attorney General of Colorado
Colorado Department of Law
Ralph L. Carr Colorado Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203-2104

George Jepsen
Attorney General of Connecticut
Office of the Attorney General
55 Elm St.
Hartford, CT 06106-1746

Matthew P. Denn
Attorney General of Delaware
Delaware Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801-3536

Karl A. Racine
Attorney General of the District of Columbia
Office of the Attorney General
441 4th St., NW
Washington, DC 20001-2714

Pamela J. Bondi
Attorney General of Florida
Office of the Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050

Christopher M. Carr
Attorney General of Georgia
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-9057

Russell Suzuki
Attorney General of Hawaii
Department of the Attorney General
425 Queen St.
Honolulu, HI 96813-2903

Lisa M. Madigan
Attorney General of Illinois
James R. Thompson Center
100 West Randolph St.
Chicago, IL 60601-3218

Thomas J. Miller
Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut St.
Des Moines, IA 50319-9012

Andrew G. Beshear
Attorney General of Kentucky
Office of the Attorney General
700 Capital Ave., Suite 118
Frankfort, KY 40601-3458

Janet T. Mills
Attorney General of Maine
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006

Maura T. Healey
Attorney General of Massachusetts
Office of Massachusetts Attorney General
Attn:  CAFA Coordinator/General Counsel's Office
One Ashburton Place
Boston, MA 02108-1518

Lawrence G. Wasden
Attorney General of Idaho
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0003

Curtis T. Hill Jr.
Attorney General of Indiana
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204-4701

Derek Schmidt
Attorney General of Kansas
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1237

Jeffrey M. Landry
Attorney General of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9002

Brian E. Frosh
Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202-2004

William D. Schuette
Attorney General of Michigan
P.O. Box 30212
Lansing, MI 48909-7704

Lori Swanson
Attorney General of Minnesota
Office of the Attorney General
445 Minnesota St., Suite 1400
Saint Paul, MN 55101-2131

James M. Hood
Attorney General of Mississippi
Walter Sillers Building
550 High St., Suite 1200
Jackson, MS 39201-1113

Joshua D. Hawley
Attorney General of Missouri
P.O. Box 899
Jefferson City, MO 65102-0899

Timothy C. Fox
Attorney General of Montana
P.O. Box 201401
Helena, MT 59620-1401

Doug Peterson
Attorney General of Nebraska
Nebraska Attorney General's Office
P.O. Box 98920
Lincoln, NE 68509-8091

Adam P. Laxalt
Attorney General of Nevada
Office of the Attorney General
100 North Carson St.
Carson City, NV 89701-4717

Gordon MacDonald
Attorney General of New Hampshire
NH Department of Justice
33 Capitol St.
Concord, NH 03301-6310

Gurbir Grewal
Attorney General of New Jersey
P.O. Box 080
Trenton, NJ 08625-0073

Hector H. Balderas Jr.
Attorney General of New Mexico
Villagra Building
408 Galisteo St.
Santa Fe, NM 87501-2689

Barbara D. Underwood
Attorney General of New York
Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Josh Stein
Attorney General of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9000

Wayne Stenehjem
Attorney General of North Dakota
State Capitol
600 East Boulevard Ave.,
Department 125
Bismarck, ND 58505-0602

R. Michael DeWine
Attorney General of Ohio
30 E. Broad St., 14th Floor
Columbus, OH 43215-3414

J. Michael Hunter
Attorney General of Oklahoma
Office of the Oklahoma Attorney General
313 NE 21st St.
Oklahoma City, OK 73105-3207

Ellen F. Rosenblum
Attorney General of Oregon
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301-4095

Josh Shapiro
Attorney General of Pennsylvania
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Peter Kilmartin
Attorney General of Rhode Island
Office of the Attorney General
150 South Main St.
Providence, RI 02903-2907

Alan Wilson
Attorney General of South Carolina
Rembert Dennis Building
1000 Assembly St., Room 519
Columbia, SC 29201-3146

Marty J. Jackley
Attorney General of South Dakota
1302 E. Hwy. 14,
Suite 1
Pierre, SD 57501-8500

Herbert H. Slatery, III
Attorney General of Tennessee
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-4015

W. Kenneth Paxton Jr.
Attorney General of Texas
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Sean D. Reyes
Attorney General of Utah
Utah State Capitol Complex
P.O. Box 142320
Salt Lake City, UT 84114-2300

Thomas J. Donovan Jr.
Attorney General of Vermont
Vermont Attorney General's Office
109 State St.
Montpelier, VT 05609-0002

Mark R. Herring
Attorney General of Virginia
Office of the Attorney General
202 North Ninth St.
Richmond, VA 23219-3424

Robert W. Ferguson
Attorney General of Washington
Office of the Attorney General
P.O. Box 40100
Olympia, WA 98504-0001

Patrick J. Morrisey
Attorney General of West Virginia
State Capitol Complex, Bldg. 1, Room E-26
1900 Kanawha Boulevard E
Charleston, WV 25305-0002

Brad Schimel
Attorney General of Wisconsin
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7835

Peter K. Michael
Attorney General of Wyoming
Kendrick Building
2320 Capitol Ave.
Cheyenne, WY 82002-3644

Talauega Eleasalo V. Ale
Attorney General of American Samoa
Department of Legal Affairs
Executive Office Building, 3rd Floor
P.O. Box 7
Pago Pago, American Samoa 96799

Elizabeth Barrett-Anderson
Attorney General of Guam
Office of the Attorney General
Administration Division
590 South Marine Corps Drive
ITC Bldg., Suite 901
Tamuning, GU 96913

Falai Taafaki
Attorney General of the Republic
of the Marshall Islands
Office of the Attorney General
P.O. Box 890
Majuro, MH 96960

Hon. Jose R. Gallen
Secretary, Department of Justice
Office of the Attorney General of
the Federated States of Micronesia
P.O. Box 105
Pohnpei State, FM 96941

Edward E. Manibusan
Attorney General of the
Northern Mariana Islands
P.O. Box 10007
Saipan, MP 96950-8907

Ernestine Rengiil
Attorney General of Palau
Office of the Attorney General
P.O. Box 1365
Koror, PW 96940

-15-

| | |
|---|---|
| Wanda Vàzquez Garced<br>Attorney General of Puerto Rico<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | Claude E. Walker<br>Attorney General of the Virgin Islands<br>Department of Justice<br>Office of the Attorney General<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI 00802 |
| Greg Taylor<br>Director, Litigation Division<br>Office of the Comptroller of the Currency<br>OCC Headquarters<br>Constitution Center<br>4007th Street, S.W., Suite 3E-218<br>Washington, D.C. 20219-0004 | Mark E. Van Der Weide<br>Office of the General Counsel<br>Board of Governors of the Federal Reserve System<br>20th Street and Constitution Avenue, N.W.<br>Mail Stop K-300<br>Washington, D.C. 20551 |
| Robert Stebbins<br>Commission Office of the General Counsel<br>Securities & Exchange Commission<br>SEC Headquarters<br>100 F Street, N.E.<br>Washington, D.C. 20549-2000 | Michael Held<br>Federal Reserve Bank of New York<br>Office of the General Counsel<br>33 Liberty Street<br>New York, NY 10045-1003 |